## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

-------------------------------------------------------- x
                                                         :
In re                                                    :        **Chapter 11**
                                                         :
**24 HOUR FITNESS**                                      :        **Case No. 20– 11558 (KBO)**
**WORLDWIDE, INC.,** *et al.,*                           :
                                                         :
                              **Debtors.**[1]            :        **(Jointly Administered)**
                                                         :
-------------------------------------------------------- x


## SCHEDULE OF ASSETS AND LIABILITIES FOR
## 24 DENVER LLC (CASE NO. 20-11565)

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are 24 Hour Holdings II LLC (N/A); 24 Hour Fitness Worldwide, Inc. (5690); 24 Hour Fitness United States, Inc. (8376); 24 Hour Fitness USA, Inc. (9899); 24 Hour Fitness Holdings LLC (8902); 24 San Francisco LLC (3542); 24 New York LLC (7033); 24 Denver LLC (6644); RS FIT Holdings LLC (3064); RS FIT CA LLC (7007); and RS FIT NW LLC (9372). The Debtors' corporate headquarters and service address is 12647 Alcosta Blvd., Suite 500, San Ramon, CA 94583.

**GLOBAL NOTES AND STATEMENTS OF
LIMITATIONS, METHODOLOGY, AND DISCLAIMERS
REGARDING THE DEBTORS' SCHEDULES OF ASSETS
AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

24 Hour Fitness Worldwide, Inc. ("**Worldwide**") and its debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**"), are filing their respective Schedules of Assets and Liabilities (each, a "**Schedule**" and, collectively, the "**Schedules**") and Statements of Financial Affairs (each, a "**Statement**" and, collectively, the "**Statements**") in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") pursuant to section 521 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

These Global Notes and Statements of Limitations, Methodology, and Disclaimers Regarding the Debtors' Schedules and Statements (the "**Global Notes**") pertain to, are incorporated by reference in, and comprise an integral part of all of the Schedules and Statements. The Global Notes are in addition to the specific notes set forth below with respect to the Schedules and Statements (the "**Specific Notes**" and, together with the Global Notes, the "**Notes**"). These Notes should be referred to, and referenced in connection with, any review of the Schedules and Statements.

The Debtors' management team prepared the Schedules and Statements with the assistance of their advisors and other professionals. The Schedules and Statements are unaudited and subject to potential adjustment. In preparing the Schedules and Statements, the Debtors relied on financial data derived from their books and records that was available at the time of preparation. The Debtors' management team and advisors have made reasonable efforts to ensure that the Schedules and Statements are as accurate and complete as possible under the circumstances; however, subsequent information or discovery may result in material changes to the Schedules and Statements, and errors or omissions may exist. Notwithstanding any such discovery, new information, or errors or omissions, the Debtors do not undertake any obligation or commitment to update the Schedules and Statements.

The Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including the right to dispute or otherwise assert offsets or defenses to any claim reflected on the Schedules and Statements as to amount, liability, classification, or identity of the applicable Debtor or to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated." Furthermore, nothing contained in the Schedules, Statements, or Notes shall constitute a waiver of any of the Debtors' rights or an admission with respect to their chapter 11 cases, including any issues involving objections to claims, substantive consolidation, equitable subordination, defenses, characterization or re-characterization of contracts and leases, assumption or rejection of contracts and leases under the provisions of chapter 3 of the Bankruptcy Code, causes of action arising under the provisions of chapter 5 of the Bankruptcy Code, or any other relevant applicable laws to recover assets or avoid transfers.

## Global Notes

**The Schedules, Statements, and Notes should not be relied upon by any persons for information relating to current or future financial conditions, events, or performance of any of the Debtors or their affiliates.**

1. **Description of the Cases**.  On June 15, 2020 (the "**Petition Date**"), each of the Debtors commenced a voluntary case under chapter 11 of the Bankruptcy Code. The Debtors are authorized to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  On the Petition Date, the Bankruptcy Court entered an order authorizing the joint administration of the chapter 11 cases pursuant to Bankruptcy Rule 1015(b). [*See* Docket No. 90.]  Notwithstanding the joint administration of the Debtors' cases for procedural purposes, each Debtor has filed its own Schedule and Statement.  On June 25, 2020, the United States Trustee for the District of Delaware (the "**U.S. Trustee**") appointed an official committee of unsecured creditors pursuant to section 1102(a)(1) of the Bankruptcy Code (the "**Creditors' Committee**").

2. **Basis of Presentation**.  For financial reporting purposes, the Debtors generally prepare consolidated financial statements, which include information for Worldwide and its Debtor and non-Debtor affiliates.  The Schedules and Statements are unaudited and reflect the Debtors' reasonable efforts to report certain financial information of each Debtor on an unconsolidated basis.  These Schedules and Statements neither purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("**GAAP**"), nor are they intended to be fully reconciled with the financial statements of each Debtor.

   The Debtors used reasonable efforts to attribute the assets and liabilities, certain required financial information, and various cash disbursements to each particular Debtor entity.  Because the Debtors' accounting systems, policies, and practices were developed for consolidated reporting purposes rather than for reporting by legal entity, however, it is possible that not all assets and liabilities have been recorded with the correct legal entity on the Schedules and Statements. Accordingly, the Debtors reserve all rights to supplement and amend the Schedules and Statements in this regard, including with respect to reallocation of assets or liabilities to any particular entity.

3. **Reporting Date**.  Unless otherwise noted on the specific responses, the Schedules and Statements generally reflect the Debtors' books and records as of the Petition Date. The liability values are as of the Petition Date, adjusted for authorized payments made under the First Day Orders (as defined below).

4. **Current Values**.  The assets and liabilities of each Debtor are listed on the basis of the book value of the asset or liability in the respective Debtor's accounting books

and records.  Unless otherwise noted, the carrying value on the Debtors' books, rather than the current market value, is reflected in the Schedules and Statements.

5.    **Confidentiality**.  There may be instances where certain information was not included or was redacted due to the nature of an agreement between a Debtor and a third party, concerns about the confidential or commercially sensitive nature of certain information, or to protect the privacy of an individual.

6.    **Consolidated Entity Accounts Payable and Disbursement Systems**. As described in the *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Continue Participating in Existing Cash Management System and Using Bank Accounts and Business Forms, and (B) Continue Intercompany Transactions, (II) Providing Administrative Expense Priority for Postpetition Intercompany Claims, and (III) Granting Related Relief* [Docket No. 8] (the "**Cash Management Motion**"), the Debtors utilize an integrated, centralized cash management system in the ordinary course of business to collect, concentrate, and disburse funds generated by their operations (the "**Cash Management System**").  The Debtors maintain a consolidated disbursements system to pay operating and administrative expenses through disbursement accounts.

In the ordinary course of business, the Debtors maintain business relationships among each other, which result in intercompany receivables and payables (the "**Intercompany Claims**") arising from intercompany transactions (the "**Intercompany Transactions**").  As set forth more fully in the Cash Management Motion, the primary Intercompany Transactions giving rise to Intercompany Claims are cash receipts activities, disbursement activities, and expense allocations.  Historically, Intercompany Claims are not settled by actual transfers of cash among the Debtors.  Instead, the Debtors track all Intercompany Transactions in their accounting system, which concurrently are recorded on the applicable Debtors' balance sheets.  The Debtors' accounting system requires that all general-ledger entries be balanced at the legal-entity level.  Unless otherwise noted, the Debtors have reported the aggregate net intercompany balances among the Debtors as assets on Schedule A/B or as liabilities on Schedule E/F, as appropriate.

7.    **Accuracy**.  The financial information disclosed herein was not prepared in accordance with federal or state securities laws or other applicable nonbankruptcy law or in lieu of complying with any periodic reporting requirements thereunder. Persons and entities trading in or otherwise purchasing, selling, or transferring claims against or equity interests in the Debtors should evaluate this financial information in light of the purposes for which it was prepared.  The Debtors are not liable for and undertake no responsibility to indicate variations from securities laws or for any evaluations of the Debtors based on this financial information or any other information.

8.     **Net Book Value of Assets**.  In many instances, current market valuations are not maintained by or readily available to the Debtors.  Thus, wherever possible, net book values as of the Petition Date are presented.  When necessary, the Debtors have indicated that the value of certain assets is "unknown" or "undetermined." Amounts ultimately realized may vary materially from net book value (or other value so ascribed).  Accordingly, the Debtors reserve all rights to amend, supplement, and adjust the asset values set forth in the Schedules and Statements. As applicable, fixed assets and leasehold-improvement assets that have been fully depreciated or amortized, or were expensed for GAAP accounting purposes, have no net book value and, therefore, are not included in the Schedules and Statements.

9.     **Undetermined Amounts**.  Claim amounts that could not readily be quantified by the Debtors are scheduled as "undetermined," "unknown," or "N/A."  The description of an amount as "undetermined," "unknown," or "N/A" is not intended to reflect upon the materiality of the amount.

10.    **Excluded Assets and Liabilities**.  The Debtors believe that they have identified, but did not necessarily value, all material categories of assets and liabilities in the Schedules.  The Debtors have excluded certain accrued liabilities, including, without limitation, accrued salaries and wages, employee benefit accruals, and certain other accruals, as well as certain other assets and liabilities considered to have *de minimis* or no market value, from the Schedules and Statements.  Other immaterial assets and liabilities may also have been excluded.

11.    **Totals**.  All totals that are included in the Schedules and Statements represent totals of all the known amounts included in the Schedules and Statements and exclude items identified as "unknown" or "undetermined."  If there are unknown or undetermined amounts, the actual totals may be materially different from the listed totals.

12.    **Currency**.  All amounts shown in the Schedules and Statements are in U.S. Dollars, unless otherwise indicated.

13.    **Payment of Prepetition Claims Pursuant to First Day Orders**.  Following the Petition Date, the Bankruptcy Court entered various orders (the "**First Day Orders**") authorizing, but not directing, the Debtors to, among other things, pay certain prepetition (i) service fees and charges assessed by the Debtors' banks; (ii) insurance and surety bond obligations; (iii) obligations to critical vendors; (iv) claims of shippers and lienholders; (v) customer program obligations; (vi) employee wages, salaries, and related items (including, employee benefit programs and independent contractor obligations); and (vii) taxes and assessments. Accordingly, outstanding liabilities may have been reduced by any court-approved post-petition payments made with respect to prepetition payables.  Where and to the extent these liabilities have been satisfied, they are not listed in the Schedules and Statements unless otherwise noted.  To the extent the Debtors later pay any amount of the claims listed in the Schedules and Statements pursuant to any orders entered by the Bankruptcy Court, the Debtors reserve all rights to amend or

supplement the Schedules and Statements or to take other action, such as filing claims objections, as is necessary and appropriate to avoid overpayment or duplicate payments for liabilities. Nothing contained herein should be deemed to alter the rights of any party in interest to contest a payment made pursuant to an order of the Bankruptcy Court where such order preserves the right to contest.

14. **Other Paid Claims**. To the extent the Debtors have reached any postpetition settlement with a vendor or other creditor, the terms of such settlement will prevail and shall supersede amounts listed in the Debtors' Schedules and Statements and be enforceable by all parties, subject to Bankruptcy Court approval.

15. **Setoffs**. The Debtors routinely incur certain setoffs with respect to vendors and other third parties in the ordinary course of business. Setoffs in the ordinary course can result from various items, including, but not limited to, pricing discrepancies, returns, promotional funding, and other disputes between the Debtors and third parties. These routine setoffs are consistent with the ordinary course of business in the Debtors' industry and, therefore, can be particularly voluminous, unduly burdensome, and costly for the Debtors to regularly document. Therefore, although such setoffs and other similar rights may have been accounted for when scheduling certain amounts, these ordinary-course setoffs are not independently accounted for and, thus, are excluded from the Debtors' Schedules and Statements. Any setoff of a prepetition debt to be applied against the Debtors is subject to the automatic stay and must comply with section 553 of the Bankruptcy Code.

16. **Inventory**. The Debtors maintain saleable inventory, primarily at their club locations. Such inventories are valued at the lower of cost or market or net realizable value.

17. **Property and Equipment**. Property and equipment are recorded at historical cost. Depreciation is computed on the straight-line method over the estimated useful lives of the furniture, fixtures, and equipment, which generally range from five to ten years. Amortization of leasehold improvements is computed on the straight-line method based upon the shorter of the estimated useful lives of the assets or the terms of the respective leases.

18. **Debtors' Reservation of Rights**. Nothing contained in the Schedules, Statements, or Notes shall constitute a waiver of rights with respect to these chapter 11 cases, including, but not limited to, the following:

a.      Any failure to designate a claim listed on the Debtors' Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent," or "unliquidated." The Debtors reserve the right to dispute and to assert setoff rights, counterclaims, and defenses to any claim reflected on the Schedules as to amount, liability, and classification and to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated."

b.      Notwithstanding that the Debtors have made reasonable efforts to correctly characterize, classify, categorize, or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors nonetheless may have improperly characterized, classified, categorized, or designated certain items. The Debtors thus reserve all rights to re-characterize, re-classify, re-categorize, or re-designate items reported in the Schedules and Statements at a later time as is necessary and appropriate.

c.      The listing of a claim on Schedule D as "secured," on Schedule E/F (Part 1) as "priority," on Schedule E/F (Part 2) as "unsecured" or the listing of a contract or lease on Schedule G as "executory" or "unexpired" does not constitute an admission by the Debtors of the legal rights of the claimant or a waiver of the Debtors' rights to re-characterize or re-classify such claim or contract pursuant to an amendment to the Schedules, a claim objection, or otherwise. Moreover, although the Debtors may have scheduled claims of various creditors as secured claims for informational purposes, no current valuation of the Debtors' assets in which such creditors may have a security interest has been undertaken. Except as provided in an order of the Bankruptcy Court, the Debtors reserve all rights to dispute and challenge the secured nature or amount of any such creditors' claims, the characterization of the structure of any transaction, or any document or instrument related to such creditors' claims.

d.      In the ordinary course of their business, the Debtors lease real property from certain third-party lessors to operate their businesses. The Debtors have made commercially reasonable efforts to list any such leases in Schedule G, and any current amounts due under such leases that were outstanding as of the Petition Date are listed on Schedule E/F. Except as otherwise noted herein, the property subject to any such leases is not reflected in Schedule A/B as either owned property or assets of the Debtors, and neither is such property or assets of third parties within the control of the Debtors. Nothing in the Schedules is or shall be construed as an admission or determination as to the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtors reserve all rights with respect to any of such issues, including the re-characterization thereof.

e.      The claims of individual creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on the Debtors' books and records and may not reflect credits, allowances, or other adjustments due from such creditors to the Debtors. The Debtors reserve all of their rights with regard to such credits, allowances, and other adjustments, including the right to assert claims objections and/or setoffs with respect to the same.

f.      The Debtors' businesses are part of a complex enterprise. Although the Debtors have exercised their reasonable efforts to ensure the accuracy of

their Schedules and Statements, the Schedules and Statements nevertheless may contain errors and omissions. The Debtors hereby reserve all of their rights to dispute the validity, status, and enforceability of any contracts, agreements, and leases identified in the Debtors' Schedules and Statements and to amend and supplement the Schedules and Statements as necessary.

g.  The Debtors further reserve all of their rights, claims, and causes of action with respect to the contracts and agreements listed on the Schedules and Statements, including, but not limited to, the right to dispute and challenge the characterization or the structure of any transaction, document, and instrument related to a creditor's claim.

h.  Except as otherwise indicated, the Debtors have identified the primary Debtor obligor(s) with respect to their executory contracts, unexpired leases, and other agreements. The Debtors reserve their rights to amend and supplement the Schedules and Statements to the extent that guarantees and other secondary liability claims are identified. In addition, the Debtors reserve the right to amend the Schedules and Statements to re-characterize and re-classify any such contract or claim.

i.  Listing a contract or lease on the Debtors' Schedules and Statements shall not be deemed an admission that such contract is an executory contract, such lease is an unexpired lease, or that either necessarily is a binding, valid, and enforceable contract. The Debtors hereby expressly reserve the right to assert that any contract listed on the Debtors' Schedules and Statements does not constitute an executory contract within the meaning of section 365 of the Bankruptcy Code and the right to assert that any lease so listed does not constitute an unexpired lease within the meaning of section 365 of the Bankruptcy Code.

j.  Exclusion of certain intellectual property should not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated or otherwise expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property should not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated or otherwise expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.

k.  To timely close the books and records of the Debtors as of the Petition Date and to prepare such information on a legal-entity basis, the Debtors were required to make certain estimates and assumptions that affect the reported amounts of assets and liabilities and reported revenue and expenses as of the Petition Date. The Debtors reserve all rights to amend the reported amounts of assets, liabilities, revenue, and expenses to reflect changes in those estimates and assumptions.

19.    **Global Notes Control**.  In the event that the Schedules or Statements differ from any of the foregoing Global Notes, the Global Notes shall control.

## Specific Notes with Respect to the Debtors' Schedules of Assets and Liabilities

*Schedule A/B*

a.  **Part 1.**  As set forth more fully in the Cash Management Motion, the Debtors conduct their operations through an extensive network of bank accounts.  The values provided for in Schedule A/B, Item 3 for each account for a given Debtor reflect the ending cash balance of such account as of the close of business on June 14, 2020.

b.  **Part 2.**  The Debtors maintain certain deposits in the conduct of their business operations, which are included in the Schedules for the appropriate legal entity.  Certain prepaid or amortized assets are listed in Part 2 in accordance with the Debtors' books and records. The amounts listed in Part 2 do not necessarily reflect values that the Debtors will be able to collect or realize.  The amounts listed in Part 2 include, among other things, various prepaid deposits, prepaid taxes, prepaid insurance, and prepaid supplies.

c.  **Part 3.**  The Debtors' accounts receivable information includes receivables from the Debtors' members, vendors, or third parties, which are calculated net of any amounts that, as of the Petition Date, may be owed to such parties in the form of offsets or other adjustments pursuant to the Debtors' day-to-day operations or may, in the Debtors' opinion, be difficult to collect from such parties due to the passage of time or other circumstances.  The Debtors indicate the age of accounts receivables in the Schedules for the applicable Debtor. The accounts receivable balances in this section exclude intercompany receivables.

   As stated in the Cash Management Motion, the Debtors historically have tracked Intercompany Transactions and continue to track such Intercompany Transactions on a post-petition, Debtor-by-Debtor basis.

d.  **Part 4.**  Any of the Debtors' ownership interests in subsidiaries, partnerships, and joint ventures were not considered and are not listed in Schedule A/B, Part 4 because the fair market value of such interests is dependent on numerous variables and factors and may differ significantly from the net book value.

e.  **Part 5.**  The Debtors maintain saleable inventory, primarily at their club locations. Such inventories are valued at the lower of cost or market or net realizable value.

f.  **Part 7.** The Debtors have identified owned furniture, fixtures, and equipment.  Actual realizable values may vary significantly relative to net book values as of the Petition Date.

g.  **Part 9.**  Actual realizable values of the identified leasehold improvements may vary significantly relative to net book values as of the Petition Date.

h.  **Part 10.**  The Debtors have identified intangible assets as of the Petition Date, although the Debtors have not listed the value of such assets because the values reflected in the Debtors' books and records may not accurately reflect such assets' value in the

marketplace. Additionally, certain of the Debtors have member information from conducting gift card programs, credit card and online sales, and ordinary-course business practices for an operator of fitness clubs, which information may include personally identifiable information. The Debtors maintain certain records in the ordinary course of business but do not sell these records in the ordinary course of business. Due to the need to protect confidential information and individual privacy, the Debtors have not furnished any customer lists on their Schedules.

i.  **Part 11.**  In the ordinary course of business, the Debtors may have accrued, or may subsequently accrue, certain rights to counterclaims, cross-claims, setoffs, and refunds with and potential warranty claims against their vendors, among other claims. Additionally, certain of the Debtors may be party to pending litigation in which the Debtors have asserted, or may assert, claims as plaintiffs or counter-claims and/or cross-claims as defendants. Such litigation is listed in the Statements.

Despite exercising their reasonable efforts to identify all such assets, the Debtors may not have listed all of their causes of action or potential causes of action against third parties as assets in their Schedules, including, but not limited to, avoidance actions arising under chapter 5 of the Bankruptcy Code, actions under other relevant nonbankruptcy laws to recover assets, and actions relating to or arising from the COVID-19 pandemic. The Debtors reserve all of their rights with respect to any claims, causes of action, or avoidance actions they may have, and neither these Notes nor the Schedules shall be deemed a waiver of any such claims, causes of action, or avoidance actions or in any way prejudice or impair the assertion of such claims.

The Debtors file consolidated federal tax returns, as well as certain of their state tax returns, under Worldwide. The values of the net operating losses listed in Schedule A/B reflect the amounts listed in the Debtors' books and records, which may not reflect the value recoverable on account of such net operating losses, and may reflect net operating losses accumulated for more than one tax year.

Where a Debtor holds a positive net intercompany balance, such amount has been listed on Schedule A/B for such Debtor. Correspondingly, where a Debtor holds a negative net intercompany balance, such amount has been listed on Schedule E/F, Part 2 for such Debtor.

### Schedule D

The claims listed on Schedule D, as well as the guarantees of those claims listed on Schedule H, arose and were incurred on various dates; a determination of the date upon which each claim arose or was incurred would be unduly burdensome and cost prohibitive. Accordingly, not all such dates are included for each claim. To the best of the Debtors' knowledge, all claims listed on Schedule D arose or were incurred prior to the Petition Date. The amounts in Schedule D are consistent with the Debtors' stipulations set forth in the *Final Order (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Claims, (IV) Granting Adequate Protection*

*to Prepetition Lenders, (V) Modifying Automatic Stay, and (VI) Granting Related Relief* [Docket No. 652] (the "**DIP Order**"), which remain subject to investigation and challenge by the Creditors' Committee or other parties in interest, all as more fully set forth in the DIP Order and the order extending the time for the Creditors' Committee to challenge such liens entered by the Bankruptcy Court on August 21, 2020 [Docket No. 774].

Except as otherwise agreed to or stated pursuant to a stipulation, agreed order, or general order entered by the Bankruptcy Court that is or becomes final, including the DIP Order, the Debtors and their estates reserve their right to dispute and challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a creditor listed on Schedule D of any Debtor and, subject to the foregoing limitations, note as follows: (a) although the Debtors may have scheduled claims of various creditors as secured claims for informational purposes, no current valuation of the Debtors' assets in which such creditors may have a lien has been undertaken; (b) the Debtors reserve all rights to dispute and challenge the secured nature of any creditor's claim, the characterization of the structure of any such transaction, or any document or instrument related to such creditor's claim; and (c) the descriptions provided on Schedule D only are intended to be a summary.  Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens.

Detailed descriptions of the Debtors' prepetition debt structure and descriptions of collateral relating to the debt contained on Schedule D are contained in the *Declaration of Daniel Hugo in Support of Debtors' Chapter 11 Petitions and First Day Relief* [Docket No. 4] (the "**First Day Declaration**").  Although there are multiple parties that hold a portion of the Debtors' indebtedness, only the administrative agent has been listed for the purposes of Schedule D.  The descriptions provided in Schedule D are intended only to be a summary. Reference to the applicable loan documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens.  Nothing in these Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements

Except as specifically stated herein, real property lessors, utility companies, and other parties that may hold deposits have not been listed on Schedule D.  Additionally, the Debtors have not included parties that may assert claims secured through setoff rights or inchoate statutory lien rights.

***Schedule E/F***

a. **Part 1.**  The claims listed on Part 1 arose and were incurred on various dates.  A determination of the date upon which each claim arose or was incurred would be unduly burdensome and cost prohibitive.  Accordingly, no such dates are included for each claim listed on Part 1.  To the best of the Debtors' knowledge, all claims listed on Part 1 arose or were incurred before the Petition Date.

The Debtors have not listed any wage or wage-related obligations that the Debtors have paid pursuant to the First Day Orders on Part 1.  The Debtors believe that all such claims for wages, salaries, expenses, benefits, and other compensation as described in the First

Day Orders have been or will be satisfied in the ordinary course during these chapter 11 cases pursuant to the authority granted to the Debtors in the relevant First Day Orders.

Claims owing to various taxing authorities to which the Debtors potentially may be liable are included on Part 1. Such claims, however, may be subject to ongoing audits and/or the Debtors may otherwise be unable to determine with certainty the amount of the remaining claims listed on Part 1. Therefore, the Debtors have listed all such claims as "contingent" and "unliquidated," pending final resolution of ongoing audits or other outstanding issues.

The Debtors reserve their rights to dispute or challenge whether creditors listed on Part 1 are entitled to priority claims under the Bankruptcy Code.

b.  **Part 2.** The Debtors have exercised their reasonable efforts to list all liabilities on Part 2 of each applicable Debtor's Schedule. As a result of the Debtors' consolidated operations, however, Part 2 for each Debtor should be reviewed in these chapter 11 cases for a complete understanding of the unsecured claims against the Debtors. Certain creditors listed on Part 2 may owe amounts to the Debtors, and, thus, the Debtors may have valid setoff and recoupment rights with respect to such amounts. The amounts listed on Part 2 may not reflect any such right of setoff or recoupment, and the Debtors reserve all rights to assert the same and to dispute and challenge any setoff and/or recoupment rights that may be asserted against the Debtors by a creditor. Additionally, certain creditors may assert mechanics' or other similar liens against the Debtors for amounts listed on Part 2. The Debtors reserve their right to dispute and challenge the validity, perfection, and immunity from avoidance of any lien purported to be perfected by a creditor listed on Part 2 of any Debtor. In addition, certain claims listed on Part 2 may potentially be entitled to priority under section 503(b)(9) of the Bankruptcy Code. The Debtors reserve their right to dispute or challenge any priority asserted with respect to any liabilities listed on Schedule E/F.

Unless otherwise noted, the claims listed on Part 2 are based on the Debtors' books and records as of the Petition Date. Despite the Debtors' reasonable efforts to include all unsecured creditors on Part 2, including, but not limited to, trade creditors, landlords, utility companies, and other service providers, there may be instances where creditors have yet to provide proper invoices for prepetition goods or services. Although the Debtors maintain general accruals to account for these liabilities in accordance with GAAP, these amounts are estimates and have not been included on Part 2. Such amounts are, however, reflected on the Debtors' books and records, as required in accordance with GAAP, but such accruals primarily represent general estimates of liabilities and do not represent specific claims as of the Petition Date. The Debtors have made reasonable efforts to include as "contingent," "unliquidated," and/or "disputed" the claim of any party not included on the Debtors' open accounts payable that is associated with an account that has an accrual or receipt not invoiced.

Schedule E/F also contains information regarding pending litigation involving the Debtors. In certain instances, the relevant Debtor that is the subject of the litigation is unclear or undetermined. To the extent that litigation involving a particular Debtor has been

identified, however, such information is included on that Debtor's Schedule E/F. The amounts for these potential claims are listed as undetermined and marked as "contingent," "unliquidated," and "disputed" in the Schedules.

As of the Petition Date, the Debtors served approximately 3 million members nationwide. In the course of these chapter 11 cases, the Debtors will have provided notice of the general bar date to approximately 11.1 million current and former members and approximately 3.5 million guests. A determination of the amount of any claim that each of the Debtors' current members, former members, and guests may hold would be unduly burdensome and cost prohibitive.

With respect to those 8.000% senior unsecured notes due 2022 issued under that certain indenture, dated as of May 30, 2014, the Debtors have listed only the indenture trustee as the named creditor on Schedule F. Nonetheless, these notes are beneficially owned by a number of other parties.

As noted in the Global Notes, the Bankruptcy Court has authorized the Debtors to pay, in their discretion, certain non-priority unsecured claims pursuant to the First Day Orders. To the extent practicable, each Debtor's Schedule E/F is intended to reflect the balance as of the Petition Date, adjusted for post-petition payments made under some or all of the First Day Orders. Each Debtor's Schedule E/F will reflect that Debtor's payment of certain claims pursuant to the First Day Orders, and, to the extent an unsecured claim has been paid or may be paid, it is possible such claim is not included on Schedule E/F. Certain Debtors may pay additional claims listed on Schedule E/F during these chapter 11 cases pursuant to the First Day Orders and other orders of the Bankruptcy Court, and the Debtors reserve all of their rights to update Schedule E/F to reflect such payments or to modify the claims register to account for the satisfaction of such claims. Additionally, Schedule E/F does not include potential rejection damage claims, if any, of the counterparties to executory contracts and unexpired leases that may be rejected.

### Schedule G

Although reasonable efforts have been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases (collectively, the "**Agreements**"), the Debtors' review process of the Agreements is ongoing, and inadvertent errors, omissions, or over-inclusion may have occurred. The Debtors may have entered into various other types of Agreements in the ordinary course of their businesses, such as indemnity agreements, supplemental agreements, amendments/letter agreements, and confidentiality agreements which may not be set forth in Schedule G. As stated in the Global Notes, omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. Schedule G may be amended at any time to add any omitted Agreement. Likewise, the listing of an Agreement on Schedule G does not constitute an admission that such Agreement is an executory contract or unexpired lease or that such Agreement was in effect on the Petition Date or is valid or enforceable. The Agreements listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters and other documents,

instruments, and agreements that may not be listed on Schedule G. Any and all of the Debtors' rights, claims, and causes of action with respect to the Agreements listed on Schedule G are hereby reserved and preserved, and, thus, the Debtors hereby reserve all of their rights to (i) dispute the validity, status, or enforceability of any Agreements set forth on Schedule G; (ii) dispute or challenge the characterization of the structure of any transaction or any document or instrument related to a creditor's claim, including, but not limited to, the Agreements listed on Schedule G; and (iii) amend or supplement such Schedule as necessary.

Executory contracts for short-term service orders that are oral in nature have not been included in Schedule G. Executory contracts that expired between the Petition Date and the filing of these Schedules are also excluded from Schedule G.

Certain of the Agreements listed on Schedule G may have been entered into by or on behalf of more than one of the Debtors. Additionally, the specific Debtor obligor(s) to certain of the Agreements could not be specifically ascertained in every circumstance. In such cases, the Debtors have made reasonable efforts to identify the correct Debtor's Schedule G on which to list the Agreement, and, where a contract party remained uncertain, such Agreement may have been listed on a different Debtor's Schedule G.

### Schedule H

The Debtors are party to various debt agreements that were executed by multiple Debtors. The guaranty obligations with respect to the Debtors' prepetition indebtedness are noted on Schedule H for each individual Debtor. In the event that two or more Debtors are co-obligors with respect to a scheduled debt or guaranty, such debt or guaranty is listed in the Schedule and Statement of each such Debtor at the full amount of such potential claim, and such claim is marked "contingent" and "unliquidated."

In the ordinary course of their businesses, the Debtors are involved in pending or threatened litigation and claims arising out of the conduct of their businesses. Some of these matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-claims and counter-claims against other parties and some or all of whom may have been named as plaintiffs and defendants inadvertently. Such claims are listed elsewhere in the Schedules, and they have not been set forth individually on Schedule H.

Except as otherwise indicated, the Debtors have identified the primary Debtor obligor(s) with respect to their executory contracts, unexpired leases, and other agreements. The Debtors reserve their rights to amend and supplement the Schedules and Statements to the extent that guarantees and other secondary liability claims are identified.

No claim set forth on the Schedules and Statements of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other Debtors or non-Debtors. To the extent these Notes include notes specific to Schedules D–G, such Notes also apply to the co-Debtors listed in Schedule H. The Debtors reserve all of their rights to amend the Schedules to the extent that additional guarantees are identified or such guarantees are discovered to have expired or be unenforceable.

**Specific Notes with Respect to the Debtors' Statements of Financial Affairs**

**Part 1, Question 1**

The income stated in the Debtors' response to Question 1 is consistent with the consolidated sales disclosed in compliance with GAAP.

The Debtors' fiscal year ends on the last day of each calendar year:

- **FY 2018**:  Comprised of 52 weeks ending December 31, 2018.

- **FY 2019**:  Comprised of 52 weeks ending December 31, 2019.

- **Stub Period 2020**:  Comprised of approximately 23 weeks ending June 14, 2020.

**Part 2, Question 3**

The obligations of the Debtors are primarily paid by and through 24 Hour Fitness USA, Inc., notwithstanding the fact that certain obligations may be obligations of one or more of the affiliated Debtors.

The payments disclosed in SOFA 3 are based on payments made by the Debtors with payment dates from March 15, 2020 to June 14, 2020.  The Debtors have listed payroll-related amounts in the aggregate, which includes amounts that were paid to insiders and included in response to Question 4. Amounts still owed to creditors will appear on the Schedules for each Debtor, as applicable.

All payments for services of any entities that provided consultation concerning debt counseling or restructuring services, relief under the Bankruptcy Code, or preparation of a petition in bankruptcy within one year immediately preceding the Petition Date are listed on Question 11 and are excluded from Question 3.

**Part 2, Question 4**

For purposes of the Schedules and Statements, the Debtors define insiders as (a) officers, directors, and anyone in control of a corporate debtor and their relatives and (b) affiliates of the Debtor and insiders of such affiliates. Individuals listed in the Statements as insiders have been included for informational purposes only.  The Debtors do not take any position with respect to (i) such individual's influence over the control of the Debtors, (ii) the management responsibilities or functions of such individual, (iii) the decision-making or corporate authority of such individual, or (iv) whether such individual could successfully argue that he or she is not an insider under applicable law, including, without limitation, the federal securities laws, or with respect to any theories of liability or for any other purpose.  Thus, the Debtors reserve all rights to dispute whether someone identified is in fact an "insider" as defined in section 101(31) of the Bankruptcy Code. For more information regarding each Debtor's officers and directors, please refer to Question 28 and Question 29 of the Statements.

Home addresses for directors, former directors, employees, and former employees identified as insiders have not been included in the Statements for privacy reasons.[2]  Amounts still owed to creditors will appear on the Schedules for each of the Debtors, as applicable.

The payroll-related amount shown in response to Question 4, which includes, among other things, salary, wage, and additional compensation, is a gross amount that does not include reductions for amounts including employee tax or benefit withholdings.  In the ordinary course of business, certain corporate or personal credit cards may be utilized by insiders to pay for travel and business-related expenses for various other individuals employed by the Debtors.  As it would be unduly burdensome for the Debtors to analyze which credit card expenses related to those incurred on behalf of an insider as opposed to another employee (or the Debtors), the Debtors have listed the aggregate amount paid for such expenses.  Amounts still owed to creditors will appear on the Schedules for each of the Debtors.

**Part 2, Question 6**

The Debtors incur certain offsets and other similar rights in the ordinary course of business. Offsets in the ordinary course can result from various items, including, without limitation, billing discrepancies, overpayments, returns, and other disputes between the Debtors and their club members, vendors, and contract counterparties.  These offsets and other similar rights are consistent with the ordinary course of business in the Debtors' industry and are not tracked separately.

**Part 3, Question 7**

Actions described in response to Question 7 include, but are not limited to, consumer disputes, employee matters, and personal injury suits.

The Debtors reserve all of their rights and defenses with respect to any and all listed lawsuits and administrative proceedings.  The listing of such suits and proceedings shall not constitute an admission by the Debtors of any liabilities or that the actions or proceedings were correctly filed against the Debtors or any affiliates of the Debtors.  The Debtors also reserve their rights to assert that neither the Debtors nor any affiliate of the Debtors is an appropriate party to such actions or proceedings.  Further, the Debtors operate in numerous jurisdictions and in the ordinary course of business may have disputed property valuations/tax assessments.  The Debtors have not listed such disputes on Question 7.

**Part 4, Question 9**

The donations and/or charitable contributions listed in response to this question represent payments made by the Debtors to third parties during the applicable timeframe that were recorded as such within the Debtors' books and records.  In addition to the charitable contributions listed therein, the Debtors may make *de minimis* gifts or gifts in kind from time to time.

---

[2]    On June 16, 2020, the Bankruptcy Court entered an order granting the Debtors' motion requesting authority to redact the home addresses of the Debtors' current and former employees.  [*See* Docket No. 119.]

**Part 5, Question 10**

The Debtors occasionally incurred losses for a variety of reasons, including theft and property damage. The Debtors, however, may not have records of all such losses if such losses do not have a material impact on the Debtors' business or are not reported for insurance purposes. Accordingly, in this context, the Debtors have not listed such losses.

Additionally, the Debtors have not listed any losses arising from or related to the COVID-19 pandemic.

**Part 6, Question 11**

All payments for services of any entities that provided consultation concerning debt counseling or restructuring services, relief under the Bankruptcy Code, or preparation of a petition in bankruptcy within one year immediately preceding the Petition Date are listed on the applicable Debtor's response to Question 11. Additional information regarding the Debtors' retention of professional service firms is more fully described in individual retention applications and related orders. In addition, the Debtors have listed payments made to professionals retained by the Debtors but not payments made to advisors of their lenders or other parties.

**Part 6, Question 13**

The Debtors may, from time to time and in the ordinary course of business, transfer equipment and other assets and/or sell certain equipment and other assets to third parties. These types of ordinary course transfers have not been disclosed in Question 13.

**Part 9, Question 16**

The Debtors collect a limited amount of information from club members and guests, including personally identifiable information, via their website portals and mobile applications, over the telephone, or in person in order to provide services to members and guests and inform them of new products and services. Examples of the types of information collected by the Debtors include, among other things, mailing addresses, email addresses, phone number, and names. The Debtors retain such information as long as is necessary for the Debtors to comply with business, tax, and legal requirements. The Debtors maintain privacy policies and have information security protocols to safeguard personally identifiable information.

**Part 9, Question 17**

As of the Petition Date, the Debtors maintained a non-qualified deferred compensation plan (a/k/a the 24 Hour Fitness USA, Inc. Deferred Compensation Plan) (the "**NQDC Plan**"). Claims of participants in the NQDC Plan have been listed with an "unknown" value and designated as "contingent" and "unliquidated."

**Part 10, Question 18**

In the ordinary course of the Debtors' business, the Debtors are engaged in various financial instruments, including Letters of Credit that are renewed on a regular basis. Certain accounts or

instruments that appear to have been "closed" were closed in regard to that particular period but were renewed for subsequent periods. To the extent the Debtors have any accounts or instruments that appear to have been closed but were in fact renewed for subsequent years and are continuing under a present renewal, the Debtors have not included those accounts or instruments in response to Question 18.

## Part 11, Question 21

In the ordinary course of business, the Debtors' club locations contain items owned by others, including, but not limited to vending machines and beverage coolers. The Debtors have not included such items in response to Question 21.

## Part 13, Question 26

a. **Question 26(a), (b), and (c).**

In the ordinary course of business, the Debtors retain certain bookkeepers, accountants, or other firms or individuals (collectively, "**Recipients**") in order to review the Debtors' books and records for the purpose of auditing the books and records or preparing financial statements. The Debtors have not included members of their management team in response to Question 26, given the number of such persons who may have reviewed the Debtors' books and records.

The Debtors do not maintain complete lists to track all persons who may have reviewed their books and records and cannot account for the possibility that persons may have reviewed the Debtors' books and records without the Debtors' knowledge or consent. Considering the number of such persons and the possibility that persons may have reviewed the Debtors' books and records without the Debtors' knowledge or consent, the Debtors have not disclosed any such persons for the purposes of Question 26.

b. **Question 26(d).**

The Debtors provided financial statements in the ordinary course of business to certain parties for business, statutory, credit, financing, and other reasons. Recipients have included regulatory agencies, financial institutions, investment banks, debtholders, and their legal and financial advisors. Financial statements have also been provided to other parties as requested. The Debtors do not maintain complete lists to track such disclosures and cannot account for the possibility that such information may have been shared with parties without the Debtors' knowledge or consent. Considering the number of such recipients and the possibility that such information may have been shared with parties without the Debtors' knowledge or consent, the Debtors have not disclosed any parties that may have received such financial statements for the purposes of Question 26(d).

## Part 13, Question 28

For each entity, the Debtors have included individuals identified as of the Petition Date as directors, officers, members, or managers, as applicable, of such entity in the Debtors' recordkeeping systems or, if no individuals were identified, an entity member, as applicable.

**Part 13, Question 29**

The disclosures relate specifically to terminated job titles or positions and are not indicative of the individuals' current employment status with the Debtors.  For each entity, the Debtors have included the individuals who, during the applicable period, were identified as directors and officers of such entity in the Debtors' recordkeeping systems.

**Part 13, Question 30**

Any and all known disbursements to insiders have been listed in response to Question 4.

**Fill in this information to identify the case:**

Debtor name   **24 Denver LLC**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)   **20-11565**

☐ Check if this is an
   amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

■ No.  Go to Part 2.
☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
| --- | --- |

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
| --- | --- |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.

| Debtor | **24 Denver LLC** | Case number *(If known)* | **20-11565** |
|---|---|---|---|
| | Name | | |

☐ Yes Fill in the information below.

## Part 7:    Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

## Part 8:    Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

## Part 9:    Real property

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

## Part 10:    Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

## Part 11:    All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor   **24 Denver LLC**           Case number *(If known)* **20-11565**
          Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $0.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $0.00 |

**Fill in this information to identify the case:**

Debtor name    **24 Denver LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **20-11565**

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name    **24 Denver LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **20-11565**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
|  | **ADAMS COUNTY TREASURER**<br>**P.O. BOX 869**<br>**BRIGHTON, CO 80601-0869** | ☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | | |
|  | Date or dates debt was incurred | Basis for the claim:<br>**Tax** | | |
|  | Last 4 digits of account number | Is the claim subject to offset? | | |
|  | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ☑ No<br>☐ Yes | | |

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
|  | **ALAMEDA COUNTY TAX COLLECTOR**<br>**224 W. WINTON AVE. RM.169**<br>**HAYWARD, CA 94544** | ☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | | |
|  | Date or dates debt was incurred | Basis for the claim:<br>**Tax** | | |
|  | Last 4 digits of account number | Is the claim subject to offset? | | |
|  | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ☑ No<br>☐ Yes | | |

| Debtor | **24 Denver LLC** | | Case number (if known) | **20-11565** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**ANNE ARUNDEL COUNTY OFFICE OF FINANCE BILLING AND CUSTOMER SERVICE ANNAPOLIS, MD 21404-0427**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**ARAPAHOE COUNTY TREASURER P.O. BOX 571 LITTLETON, CO 80160-0571**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**ARIZONA DEPARTMENT OF REVENUE P.O. BOX 29079 PHOENIX, AZ 85038-9079**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**AUSTIN POLICE DEPARTMENT PO BOX 689001 AUSTIN, TX 78768-9001**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

Debtor  **24 Denver LLC**
_____  Case number (if known) **20-11565**
Name

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**AUSTIN-TRAVIS COUNTY HEALTH ENVIRONMENTAL HEALTH SERVICES DIVISION AUSTIN, TX 78714**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.8 | Priority creditor's name and mailing address | | Unknown | Unknown |

**BEDFORD FIRE DEPARTMENT 1816 BEDFORD ROAD BEDFORD, TX 76021**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.9 | Priority creditor's name and mailing address | | Unknown | Unknown |

**BEDFORD POLICE DEPARTMENT 2121 L DON DODSON DR BEDFORD, TX 76021**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.10 | Priority creditor's name and mailing address | | Unknown | Unknown |

**BOULDER COUNTY TREASURER P.O. BOX 471 BOULDER, CO 80306**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

| Debtor | **24 Denver LLC** | Case number (if known) | **20-11565** |
|---|---|---|---|
| | Name | | |

---

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**BRAZORIA COUNTY TAX ASSESSOR-COLLECTOR RO'VIN GARRETT RTA PO BOX 1586 LAKE JACKSON, TX 77566**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**BRICK TOWNSHIP 401 CHAMBERSBRIDGE RD BRICK, NJ 08723**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**BROWARD COUNTY BOARD OF COMMISSIONERS 1 NORTH UNIVERSITY DRIVE PLANTATION, FL 33324**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**BROWARD COUNTY REVENUE COLLECTION 115 S ANDREWS AVENUE #A100 FT LAUDERDALE, FL 33301-1895**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

---

Debtor   **24 Denver LLC**                                         Case number (if known)   **20-11565**
_____                          _____
Name

---

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | | **Unknown** | **Unknown** |

**BUREAU OF CONVEYANCES**
**1151 PUNCHBOWL STREET**
**HONOLULU, HI 96813**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | | **Unknown** | **Unknown** |

**CALIFORNIA FRANCHISE TAX**
**BOARD**
**PO BOX 942857**
**SACRAMENTO, CA 94257-0631**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | | **Unknown** | **Unknown** |

**CITY & COUNTY OF DENVER**
**201 W. COLFAX AVE**
**DENVER, CO 80202**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | | **Unknown** | **Unknown** |

**CITY AND COUNTY OF DENVER**
**ALARMS**
**PO BOX 650781**
**DALLAS, TX 75265-0781**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

---

| Debtor | **24 Denver LLC** | Case number *(if known)* | **20-11565** |
|---|---|---|---|
| | Name | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CITY AND COUNTY OF HONOLULU**
**HONOLULU HALE**
**ROOM 203**
**HONOLULU, HI 96813**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

- ☑ No
- ☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CITY OF ALLEN**
**UTILITY DEPARTMENT**
**305 CENTURY PARKWAY**
**ALLEN, TX 75013**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

- ☑ No
- ☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CITY OF ALLEN ALARM PROGRAM**
**305 CENTURY PARKWAY**
**ALLEN, TX 75013**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

- ☑ No
- ☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CITY OF ANAHEIM**
**P.O. BOX 3069**
**ANAHEIM, CA 92803-3069**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

- ☑ No
- ☐ Yes

---

| Debtor | **24 Denver LLC** | Case number (if known) | **20-11565** |
|---|---|---|---|
| | Name | | |

---

**2.23** | Priority creditor's name and mailing address

**CITY OF ANTIOCH**
**FINANCE DEPARTMENT**
**P.O. BOX 5008**
**ANTIOCH, CA 94531-5008**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.24** | Priority creditor's name and mailing address

**CITY OF APOPKA**
**120 E MAIN STREET**
**APOPKA, FL 32703**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.25** | Priority creditor's name and mailing address

**CITY OF ARCADIA**
**PO BOX 60021**
**ARCADIA, CA 91066-6021**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.26** | Priority creditor's name and mailing address

**CITY OF ARLINGTON**
**NEIGHBORHOOD SERVICES DEPT**
**ARLINGTON, TX 76004-0321**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **24 Denver LLC** | Case number *(if known)* | **20-11565** |
|---|---|---|---|
| | Name | | |

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**CITY OF ARVADA**
**8101 RALSTON ROAD**
**ARVADA, CO 80002**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**CITY OF AUBURN**
**25 W MAIN STREET**
**AUBURN, WA 98001**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**CITY OF AURORA**
**1470 S. HAVANA STREET**
**ROOM 120**
**AURORA, CO 80012**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**CITY OF BAYTOWN**
**2401 MARKET ST.**
**BAYTOWN, TX 77520**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| | |
|---|---|
| Debtor | **24 Denver LLC** |
| | Name |

Case number *(if known)*  **20-11565**

| | |
|---|---|
| 2.31 | Priority creditor's name and mailing address |

As of the petition filing date, the claim is:                    **Unknown**        **Unknown**
*Check all that apply.*

**CITY OF BELLEVUE
P.O. BOX 34372
SEATTLE, WA 98124**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

| | |
|---|---|
| 2.32 | Priority creditor's name and mailing address |

As of the petition filing date, the claim is:                    **Unknown**        **Unknown**
*Check all that apply.*

**CITY OF BERKELEY
DIVISION 2020 CENTER STREET
BERKELEY, CA 94704**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

| | |
|---|---|
| 2.33 | Priority creditor's name and mailing address |

As of the petition filing date, the claim is:                    **Unknown**        **Unknown**
*Check all that apply.*

**CITY OF BOULDER
PLANNING AND DEVELOPMENT
SERVICES
PO BOX 791
BOULDER, CO 80306**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

| | |
|---|---|
| 2.34 | Priority creditor's name and mailing address |

As of the petition filing date, the claim is:                    **Unknown**        **Unknown**
*Check all that apply.*

**CITY OF BOYNTON BEACH
PO BOX 31015
TAMPA, FL 33631-3015**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

| Debtor | **24 Denver LLC** | Case number (if known) | **20-11565** |
|---|---|---|---|
| | Name | | |

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CITY OF BREA**
**1 CIVIC CENTER CIRCLE**
**BREA, CA 92821**

- ◼ Contingent
- ◼ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

- ◼ No
- ☐ Yes

---

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CITY OF BURBANK**
**PO BOX 6459**
**BURBANK, CA 91510-6459**

- ◼ Contingent
- ◼ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

- ◼ No
- ☐ Yes

---

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CITY OF CAMARILLO**
**601 CARMEN DR #6034**
**CAMARILLO, CA 93010**

- ◼ Contingent
- ◼ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

- ◼ No
- ☐ Yes

---

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CITY OF CARLSBAD**
**5950 EL CAMINO REAL**
**CARLSBAD, CA 92008**

- ◼ Contingent
- ◼ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

- ◼ No
- ☐ Yes

---

| Debtor | **24 Denver LLC** | Case number *(if known)* | **20-11565** |
|---|---|---|---|
| | Name | | |

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CITY OF CARSON**
**701 E CARSON STREET**
**CARSON, CA 90745**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CITY OF CEDAR HILL**
**285 UPTOWN BLVD. BLDG 100**
**CEDAR HILL, TX 75104**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CITY OF CENTENNIAL**
**PO BOX 17383**
**DENVER, CO 80217-0383**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CITY OF CERRITOS**
**18125 BLOOMFIELD AVENUE**
**CERRITOS, CA 90703-3130**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

| Debtor | **24 Denver LLC** | Case number *(if known)* | **20-11565** |
|---|---|---|---|
| | Name | | |

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CITY OF CHINO HILLS**
**14000 CITY CENTER DRIVE**
**CHINO HILLS, CA 91709**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CITY OF CHULA VISTA**
**PO BOX 142588**
**IRVING, TX 75014-2588**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CITY OF CITRUS HEIGHTS**
**6360 FOUNTAIN SQUARE DRIVE**
**CITRUS HEIGHTS, CA 95621**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CITY OF COLORADO SPRINGS**
**SALES TAX DIVISION**
**PO BOX 2408**
**COLORADO SPRINGS, CO**
**80901-2408**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **24 Denver LLC** | Case number *(if known)* | **20-11565** |
|---|---|---|---|
| | Name | | |

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CITY OF COMPTON**
**205 S WILLOWBROOK AVE**
**COMPTON, CA 90220**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CITY OF CONCORD**
**1950 PARKSIDE DR.**
**CONCORD, CA 94519**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CITY OF CORONA**
**400 S. VICENTIA AVE**
**CORONA, CA 92882**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CITY OF COSTA  MESA**
**77 FAIR DRIVE**
**COSTA MESA, CA 92628-1200**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **24 Denver LLC** | Case number *(if known)* | **20-11565** |
|---|---|---|---|
| | Name | | |

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CITY OF CYPRESS**
**5275 ORANGE AVENUE**
**CYPRESS, CA 90360-0609**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.52 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CITY OF DALLAS**
**1500 MARILLA STREET**
**DALLAS, TX 75201**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.53 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CITY OF DALY CITY**
**333 - 90TH STREET**
**DALY CITY, CA 94015-1895**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.54 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CITY OF DOWNEY**
**DEPT LA 23221**
**PASADENA, CA 91185-3221**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

| Debtor | **24 Denver LLC** | | Case number *(if known)* | **20-11565** |
| | Name | | | |

---

| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CITY OF EL CAJON, CA**
**P.O. BOX 511378**
**LOS ANGELES, CA 90051-7933**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.56 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CITY OF EL CERRITO**
**10890 SAN PABLO AVE**
**EL CERRITO, CA 94530-2392**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.57 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CITY OF ELK GROVE**
**8401 LAGUNA PALMS WAY**
**ELK GROVE, CA 95758**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.58 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CITY OF ENCINITAS**
**505 S. VULCAN AVE**
**ENCINITAS, CA 92024**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **24 Denver LLC** | Case number *(if known)* | **20-11565** |
|---|---|---|---|
| | Name | | |

---

| 2.59 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **Unknown** |
|---|---|---|---|---|---|

**CITY OF ENGLEWOOD**
**REVENUE DIVISION**
**1000 ENGLEWOOD PARKWAY**
**ENGLEWOOD, CO 80110**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.60 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **Unknown** |
|---|---|---|---|---|---|

**CITY OF ESCONDIDO**
**PO BOX 460009**
**ESCONDIDO, CA 92046**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.61 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **Unknown** |
|---|---|---|---|---|---|

**CITY OF EVERETT**
**2930 WETMORE AVENUE**
**EVERETT, WA 98201**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.62 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **Unknown** |
|---|---|---|---|---|---|

**CITY OF FAIRFIELD**
**1000 WEBSTER STREET**
**FAIRFIELD, CA 94533-4883**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| Debtor | **24 Denver LLC** | Case number *(if known)* | **20-11565** |
|---|---|---|---|
| | Name | | |

---

**2.63** Priority creditor's name and mailing address

**CITY OF FALLS CHURCH**
**300 PARK AVENUE**
**FALLS CHURCH, VA 22046**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Unknown**          **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

**2.64** Priority creditor's name and mailing address

**CITY OF FONTANA - BUSINESS**
**LICENSE**
**8353 SIERRA AVENUE**
**FONTANA, CA 92335**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Unknown**          **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

**2.65** Priority creditor's name and mailing address

**CITY OF FORT COLLINS**
**215 N MASON ST 2ND FLOOR**
**FORT COLLINS, CO 80524**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Unknown**          **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

**2.66** Priority creditor's name and mailing address

**CITY OF FORT WORTH**
**P.O. BOX 99426**
**FORT WORTH, TX 76199-0426**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Unknown**          **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| Debtor | **24 Denver LLC** | | Case number *(if known)* | **20-11565** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.67 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CITY OF FREMONT**
**3300 CAPITOL AVE**
**FREMONT, CA 94538**

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Tax** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>)

■ No
☐ Yes

---

| 2.68 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CITY OF FREMONT POLICE**
**DEPARTMENT**
**PO BOX 5007**
**FREMONT, CA 94537-5007**

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Tax** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>)

■ No
☐ Yes

---

| 2.69 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CITY OF FRISCO**
**6101 FRISCO SQUARE**
**BOULEVARD**
**FRISCO, TX 75034**

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Tax** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>)

■ No
☐ Yes

---

| 2.70 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CITY OF FULLERTON**
**303 W. COMMONWEALTH AVE.**
**FULLERTON, CA 92832**

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Tax** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>)

■ No
☐ Yes

---

| Debtor | **24 Denver LLC** | | Case number *(if known)* | **20-11565** |
|---|---|---|---|---|
| | Name | | | |

| 2.71 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CITY OF GARDEN GROVE**
**11222 ACACIA PARKWAY**
**GARDEN GROVE, CA 92840**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.72 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CITY OF GLADSTONE**
**ALARMS**
**GLADSTONE, OR 97027**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.73 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CITY OF GLENARDEN**
**8600 GLENARDEN PARKWAY**
**GLENARDEN, MD 20706-1522**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.74 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CITY OF GLENDORA**
**8839 N CEDAR AVE**
**FRESNO, CA 93720**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| Debtor | **24 Denver LLC** | Case number *(if known)* | **20-11565** |
|---|---|---|---|
| | Name | | |

---

| 2.75 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | Unknown | Unknown |
|---|---|---|---|---|---|

**CITY OF GRAND PRAIRIE**
**300 WEST MAIN ST.**
**GRAND PRAIRIE, TX 75050**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.76 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | Unknown | Unknown |
|---|---|---|---|---|---|

**CITY OF GREENACRES**
**5800 MELALEUCA LANE**
**GREENACRES, FL 33463**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.77 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | Unknown | Unknown |
|---|---|---|---|---|---|

**CITY OF GRESHAM OREGON**
**1333 NW EASTMAN PARKWAY**
**GRESHAM, OR 97030**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.78 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | Unknown | Unknown |
|---|---|---|---|---|---|

**CITY OF HAPPY VALLEY**
**16000 SE MISTY DRIVE**
**HAPPY VALLEY, OR 97086-6299**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **24 Denver LLC** | Case number *(if known)* | **20-11565** |
|---|---|---|---|
| | Name | | |

| 2.79 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CITY OF HAWAIIAN GARDENS**
**ATTN: BLDG & SAFETY DIV.**
**21815 PIONEER BLVD**
**HAWAIIAN GARDENS, CA 90716**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.80 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CITY OF HAWTHORNE**
**4455 W. 126TH STREET**
**HAWTHORNE, CA 90250**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.81 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CITY OF HAYWARD**
**777 B STREET HAYWARD**
**HAYWARD, CA 94541-5007**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.82 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CITY OF HENDERSON**
**P.O. BOX 95050**
**HENDERSON, NV 89009-5050**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

| Debtor | **24 Denver LLC** | | Case number (*if known*) | **20-11565** |
|---|---|---|---|---|
| | Name | | | |

| 2.83 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CITY OF HERMOSA BEACH**
**1315 VALLEY DRIVE**
**HERMOSA BEACH, CA 90254**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.84 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CITY OF HILLSBORO**
**150 E. MAIN STREET**
**HILLSBORO, OR 97213**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.85 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CITY OF HOUSTON**
**P.O. BOX 300008**
**HOUSTON, TX 77230-0008**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.86 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CITY OF HOUSTON FIRE**
**DEPARTMENT**
**901 BAGBY**
**HOUSTON, TX 77002**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| Debtor | **24 Denver LLC** | Case number (if known) | **20-11565** |
|---|---|---|---|
| | Name | | |

| 2.87 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CITY OF HOUSTON POLICE
DEPARTMENT
PO BOX 741009
HOUSTON, TX 77274**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

- ☑ No
- ☐ Yes

---

| 2.88 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CITY OF HUNTINGTON BEACH
2000 MAIN STREET
HUNTINGTON BEACH, CA 92648**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

- ☑ No
- ☐ Yes

---

| 2.89 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CITY OF INDIO
100 CIVIC CENTER MALL
INDIO, CA 92201**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

- ☑ No
- ☐ Yes

---

| 2.90 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CITY OF IRVINE
P.O. BOX 19575
IRVINE, CA 92623-9575**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

- ☑ No
- ☐ Yes

---

Debtor   **24 Denver LLC**                                      Case number *(if known)*   **20-11565**
_____Name_____

| 2.91 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**CITY OF IRVING**
**P.O. BOX 152288**
**IRVING, TX 75015-2288**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.92 | Priority creditor's name and mailing address | | **Unknown** | **Unknown** |

**CITY OF ISSAQUAH**
**PO BOX 1307**
**ISSAQUAH, WA 98027-1307**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.93 | Priority creditor's name and mailing address | | **Unknown** | **Unknown** |

**CITY OF JACINTO CITY**
**1301 MERCURY DRIVE**
**HOUSTON, TX 77029**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.94 | Priority creditor's name and mailing address | | **Unknown** | **Unknown** |

**CITY OF KENT**
**400 WEST GOWE**
**KENT, WA 98032**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

Debtor    **24 Denver LLC**
_____
           Name

Case number (if known)    **20-11565**

---

| 2.95 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**CITY OF KENT**
**220 FOURTH AVE. S.**
**KENT, WA 98032-5895**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.96 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**CITY OF LA MIRADA**
**13700 LA MIRADA BOULEVARD**
**LA MIRADA, CA 90638**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.97 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**CITY OF LAFAYETTE**
**REVENUE DIVISION**
**1290 S. PUBLIC RD**
**LAFAYETTE, CO 80026**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.98 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**CITY OF LAKE MARY**
**911 WALLACE COURT**
**LAKE MARY, FL 32746**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| Debtor | **24 Denver LLC** | Case number (if known) | **20-11565** |
|---|---|---|---|
| | Name | | |

| 2.99 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CITY OF LAKEWOOD**
**SALES/USE TAX RETURN**
**P.O. BOX 261450**
**LAKEWOOD, CO 80226-9450**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.100 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CITY OF LANCASTER**
**8839 N CEDAR AVE #212**
**FRESNO, CA 93720**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.101 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CITY OF LARKSPUR**
**438 EAST SHAW AVE**
**FRESNO, CA 93710**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.102 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CITY OF LAS VEGAS**
**DEPT OF PLANNING BUSINESS**
**LICENSING**
**LOS ANGELES, CA 90074-8018**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **24 Denver LLC** | Case number *(if known)* | **20-11565** |
|---|---|---|---|
| | Name | | |

| 2.103 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CITY OF LITTLETON**
**2255 W BERRY AVE**
**LITTLETON, CO 80165-0002**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.104 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CITY OF LIVERMORE**
**1052 S. LIVERMORE AVE**
**LIVERMORE, CA 94550-4899**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.105 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CITY OF LONG  BEACH**
**411 W. OCEAN BLVD**
**LONG BEACH, CA 90802**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.106 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CITY OF LONG BEACH**
**333 W. OCEAN BOULEVARD**
**LONG BEACH, CA 90802**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **24 Denver LLC** | | Case number (if known) | **20-11565** |
|---|---|---|---|---|
| | Name | | | |

| 2.107 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CITY OF LOS ANGELES**
**PO BOX 30749**
**LOS ANGELES, CA 90030-0749**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

| 2.108 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CITY OF MANHATTAN BEACH**
**1400 HIGHLAND AVENUE**
**MANHATTAN BEACH, CA 90266**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

| 2.109 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CITY OF MANTECA**
**1001 W. CENTER ST.**
**MANTECA, CA 95337**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

| 2.110 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CITY OF MESQUITE**
**POLICE DEPARTMENT**
**PO BOX 850137**
**MESQUITE, TX 75185-0137**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

| Debtor | **24 Denver LLC** | | Case number *(if known)* | **20-11565** |
|---|---|---|---|---|
| | Name | | | |

---

**2.111** | Priority creditor's name and mailing address

**CITY OF MIAMI**
**444 SW 2ND AVE**
**MIAMI, FL 33130**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Basis for the claim:
**Tax**

Is the claim subject to offset?

■ No
☐ Yes

**Unknown**       **Unknown**

---

**2.112** | Priority creditor's name and mailing address

**CITY OF MILLBRAE**
**621 MAGNOLIA AVE**
**MILLBRAE, CA 94030**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Basis for the claim:
**Tax**

Is the claim subject to offset?

■ No
☐ Yes

**Unknown**       **Unknown**

---

**2.113** | Priority creditor's name and mailing address

**CITY OF MILPITAS**
**455 E. CALAVERAS BLVD.**
**MILPITAS, CA 95035**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Basis for the claim:
**Tax**

Is the claim subject to offset?

■ No
☐ Yes

**Unknown**       **Unknown**

---

**2.114** | Priority creditor's name and mailing address

**CITY OF MIRAMAR**
**14801 SW 27TH. STREET**
**MIAMI, FL 33027**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Basis for the claim:
**Tax**

Is the claim subject to offset?

■ No
☐ Yes

**Unknown**       **Unknown**

---

Debtor **24 Denver LLC**
_____
Name

Case number *(if known)* **20-11565**
_____

| | | |
|---|---|---|
| **2.115** | Priority creditor's name and mailing address<br>**CITY OF MONROVIA**<br>**415 S. IVY AVE.**<br>**MONROVIA, CA 91016-2888** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed |

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| | | |
|---|---|---|
| **2.116** | Priority creditor's name and mailing address<br>**CITY OF MONTCLAIR**<br>**5111 BENITO STREET**<br>**MONTCLAIR, CA 91763** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed |

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| | | |
|---|---|---|
| **2.117** | Priority creditor's name and mailing address<br>**CITY OF MONTEREY PARK**<br>**320 WEST NEWMARK AVE.**<br>**MONTEREY PARK, CA 91754** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed |

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| | | |
|---|---|---|
| **2.118** | Priority creditor's name and mailing address<br>**CITY OF MORENO VALLEY**<br>**PO BOX 88005**<br>**MORENO VALLEY, CA 92552-0805** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed |

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **24 Denver LLC** | Case number (if known) | **20-11565** |
|---|---|---|---|
| | Name | | |

---

**2.119** | Priority creditor's name and mailing address

**CITY OF MORGAN HILL**
**17575 PEAK AVENUE**
**MORGAN HILL, CA 95037**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Basis for the claim:
**Tax**

Is the claim subject to offset?

☑ No
☐ Yes

**Unknown   Unknown**

---

**2.120** | Priority creditor's name and mailing address

**CITY OF MOUNTAIN VIEW**
**P.O. BOX 60000**
**SAN FRANCSICO, CA 94160-3015**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Basis for the claim:
**Tax**

Is the claim subject to offset?

☑ No
☐ Yes

**Unknown   Unknown**

---

**2.121** | Priority creditor's name and mailing address

**CITY OF MURPHY**
**206 N. MURPHY RD**
**MURPHY, TX 75094**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Basis for the claim:
**Tax**

Is the claim subject to offset?

☑ No
☐ Yes

**Unknown   Unknown**

---

**2.122** | Priority creditor's name and mailing address

**CITY OF MURRIETA**
**24601 JEFFERSON AVE**
**MURRIETA, CA 92562**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Basis for the claim:
**Tax**

Is the claim subject to offset?

☑ No
☐ Yes

**Unknown   Unknown**

---

| Debtor | 24 Denver LLC | Case number (if known) | 20-11565 |
|---|---|---|---|
| | Name | | |

---

**2.123** | Priority creditor's name and mailing address

**CITY OF NEWARK**
**920 BROAD STREET**
**NEWARK, NJ 07102**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.124** | Priority creditor's name and mailing address

**CITY OF NORTH LAS VEGAS**
**P.O. BOX 4146**
**NORTH LAS VEGAS, NV**
**89036-4146**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.125** | Priority creditor's name and mailing address

**CITY OF NORTH RICHLAND HILLS**
**4301 CITY POINT DRIVE**
**NORTH RICHLAND HILLS, TX**
**76180**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.126** | Priority creditor's name and mailing address

**CITY OF OAKLAND**
**250 FRANK H OGAWA PLAZA,**
**SUITE 3341**
**OAKLAND, CA 94612**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **24 Denver LLC** | | Case number (if known) | **20-11565** |
|---|---|---|---|---|
| | Name | | | |

| 2.127 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CITY OF OCEANSIDE**
**300 NORTH COAST HWY**
**OCEANSIDE, CA 92054**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.128 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CITY OF OLYMPIA**
**PO BOX 2009**
**OLYMPIA, WA 98507**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.129 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CITY OF ONTARIO**
**303 EAST B STREET**
**ONTARIO, CA 91764**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.130 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CITY OF ORANGE**
**300 E. CHAPMAN AVE**
**ORANGE, CA 92866**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

| Debtor | **24 Denver LLC** | Case number *(if known)* | **20-11565** |
|--------|-------------------|--------------------------|--------------|
|        | Name              |                          |              |

| 2.131 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|-------|-----------------|------------------|---|---|

**CITY OF ORLANDO**
**400 SOUTH ORANGE AVE 1ST**
**FLOOR**
**ORLANDO, FL 32802-4990**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.132 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|-------|-----------------|------------------|---|---|

**CITY OF OXNARD**
**300 WEST 3RD ST.**
**OXNARD, CA 93030-5712**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.133 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|-------|-----------------|------------------|---|---|

**CITY OF PACIFICA**
**FIRE PREVENTION BUREAU**
**DALY CITY, CA 94015**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.134 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|-------|-----------------|------------------|---|---|

**CITY OF PALMDALE**
**38300 SIERRA HIGHWAY**
**PALMDALE, CA 93550**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **24 Denver LLC** | | Case number (if known) | **20-11565** |
|---|---|---|---|---|
| | Name | | | |

---

**2.135** | Priority creditor's name and mailing address

**CITY OF PASADENA**
**100 NORTH GARFIELD AVE**
**PASADENA, CA 91109-7215**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Unknown        Unknown

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.136** | Priority creditor's name and mailing address

**CITY OF PEMBROKE PINES**
**4TH FLOOR LBTR DIV**
**PEMBROKE PINES, FL 33025**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Unknown        Unknown

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.137** | Priority creditor's name and mailing address

**CITY OF PETALUMA**
**11 ENGLISH ST**
**PETALUMA, CA 94952**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Unknown        Unknown

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.138** | Priority creditor's name and mailing address

**CITY OF PFLUGERVILLE**
**100 E. MAIN ST**
**PFLUGERVILLE, TX 78660**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Unknown        Unknown

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **24 Denver LLC** | Case number (*if known*) | **20-11565** |
|---|---|---|---|
| | Name | | |

| 2.139 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **CITY OF PORTLAND**<br>**111 SW COLUMBIA ST., STE. 600**<br>**PORTLAND, OR 97201-5840** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Tax** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| 2.140 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **CITY OF RANCHO CORDOVA**<br>**2729 PROSPECT PARK DRIVE**<br>**RANCHO CORDOVA, CA 95670** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Tax** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| 2.141 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **CITY OF REDLANDS**<br>**35 CAJON ST. SUITE 15B**<br>**REDLANDS, CA 92373** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Tax** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| 2.142 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **CITY OF REDWOOD CITY**<br>**1017 MIDDLEFIELD ROAD**<br>**REDWOOD CITY, CA 94063** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Tax** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| Debtor | **24 Denver LLC** | Case number (*if known*) | **20-11565** |
|---|---|---|---|
| | Name | | |

| 2.143 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CITY OF RENO**
**1 E. FIRST STREET**
**PO BOX 1900**
**RENO, NV 89505**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.144 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CITY OF RENTON**
**1055 SOUTH GRADY WAY**
**RENTON, WA 98055**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.145 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CITY OF RIALTO**
**150 S. PALM AVENUE**
**RIALTO, CA 92376**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.146 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CITY OF RICHARDSON HEALTH**
**DIST.**
**411 W. ARAPAHO RD**
**RICHARDSON, TX 75080-4551**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **24 Denver LLC** | Case number (*if known*) | **20-11565** |
|---|---|---|---|
| | Name | | |

**2.147** | Priority creditor's name and mailing address
**CITY OF RICHMOND**
**450 CIVIC CENTER PLAZA**
**RICHMOND, CA 94804**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Unknown**      **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

**2.148** | Priority creditor's name and mailing address
**CITY OF RIVERSIDE BLDG &**
**SAFETY**
**3900 MAIN ST**
**RIVERSIDE, CA 92522**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Unknown**      **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

**2.149** | Priority creditor's name and mailing address
**CITY OF ROCKWALL ALARM**
**PROGRAM**
**385 S. GOLIAD**
**ROCKWALL, TX 75087**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Unknown**      **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

**2.150** | Priority creditor's name and mailing address
**CITY OF ROHNERT PARK**
**130 AVRAM AVENUE**
**ROHNERT PARK, CA 94928-1180**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Unknown**      **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

Debtor    **24 Denver LLC**
_____    Case number (*if known*)    **20-11565**
Name

| 2.151 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**2.151**  Priority creditor's name and mailing address
**CITY OF SACRAMENTO**
**915 I STREET**
**SACRAMENTO, CA 95814**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Unknown    Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.152**  Priority creditor's name and mailing address
**CITY OF SAN BERNARDINO**
**P.O. BOX 1318**
**SAN BERNARDINO, CA 92418**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Unknown    Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.153**  Priority creditor's name and mailing address
**CITY OF SAN CARLOS**
**600 ELM STREET**
**SAN CARLOS, CA 94070**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Unknown    Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.154**  Priority creditor's name and mailing address
**CITY OF SAN CLEMENTE**
**SAN CLEMENTE CITY HALL**
**910 CALLE NEGOCIO**
**SAN CLEMENTE, CA 92673**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Unknown    Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **24 Denver LLC** | Case number *(if known)* | **20-11565** |
|---|---|---|---|
| | Name | | |

| 2.155 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CITY OF SAN DIEGO**
**BUSINESS TAX PROGRAM**
**SAN DIEGO, CA 92112-2289**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.156 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CITY OF SAN JOSE TREASURER**
**FINANCE DEPARTMENT**
**200 E. SANTA CLARA ST.**
**SAN JOSE, CA 95113**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.157 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CITY OF SAN LEANDRO**
**CIVIC CENTER, 835 E. 14TH**
**STREET**
**SAN LEANDRO, CA 94577**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.158 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CITY OF SAN MARCOS**
**SAN MARCOS CITY HALL**
**1 CIVIC CENTER DRIVE**
**SAN MARCOS, CA 92069**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

Debtor **24 Denver LLC**      Case number *(if known)* **20-11565**
Name

| 2.159 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**CITY OF SAN MATEO**
**330 W. 20TH AVE.**
**SAN MATEO, CA 94403-1388**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.160 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**CITY OF SAN RAMON**
**7000 BOLLINGER CANYON RD**
**SAN RAMON, CA 94583**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.161 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**CITY OF SANTA ANA**
**20 CIVIC CENTER PLAZA**
**SANTA ANA, CA 92702-1964**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.162 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**CITY OF SANTA BARBARA**
**735 ANACAPA STREET**
**SANTA BARBARA, CA 93102**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **24 Denver LLC** | Case number *(if known)* | **20-11565** |
|---|---|---|---|
| | Name | | |

| 2.163 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CITY OF SANTA CRUZ**
**FINANCE DEPARTMENT**
**809 CENTER STREET, ROOM 8**
**SANTA CRUZ, CA 95060**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

---

| 2.164 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CITY OF SANTA FE SPRINGS**
**11710 TELEGRAPH ROAD**
**SANTA FE SPRINGS, CA**
**90670-3679**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

---

| 2.165 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CITY OF SANTA MONICA**
**P O BOX 2200**
**SANTA MONICA, CA 90407-2200**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

---

| 2.166 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CITY OF SANTA ROSA**
**2373 CIRCADIAN WAY**
**SANTA ROSA, CA 95407**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

---

Debtor  **24 Denver LLC**                                          Case number (if known)  **20-11565**
        Name

| 2.167 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**CITY OF SANTEE**
**10601 MAGNOLIA AVE**
**SANTEE, CA 92071-1266**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.168 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**CITY OF SEATTLE**
**P.O. BOX 34905**
**SEATTLE, WA 98124-1905**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.169 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**CITY OF SHORELINE**
**17500 MIDVALE AVE N**
**SHORELINE, WA 98133**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.170 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**CITY OF SIMI VALLEY**
**SIMI VALLEY CITY HALL**
**2929 TAPO CANYON ROAD**
**SIMI VALLEY, CA 93062**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

Debtor    **24 Denver LLC**                                                 Case number *(if known)*    **20-11565**
_____
Name

| | | |
|---|---|---|
| 2.171 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

2.171  Priority creditor's name and mailing address

**CITY OF STOCKTON**
**425 N. EL DORADO ST**
**STOCKTON, CA 95201-9005**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

2.172  Priority creditor's name and mailing address

**CITY OF STOCKTON -  FINAR**
**P.O. BOX 2107**
**STOCKTON, CA 95201**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

2.173  Priority creditor's name and mailing address

**CITY OF SUNNYVALE**
**ATTN: CRIME PREVENTION UNIT**
**SUNNYVALE, CA 94088-3707**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

2.174  Priority creditor's name and mailing address

**CITY OF SUNRISE**
**10770 WEST OAKLAND PARK**
**BOULEVARD**
**SUNRISE, FL 33631**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| Debtor | **24 Denver LLC** | | Case number *(if known)* | **20-11565** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.175 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CITY OF TACOMA WASHINGTON**
**747 MARKET ST**
**ROOM 246**
**TACOMA, WA 98402**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

---

| 2.176 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CITY OF TAYLORSVILLE**
**2600 TAYLORSVILLE BLVD.**
**TAYLORSVILLE, UT 84118**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

---

| 2.177 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CITY OF TEMECULA**
**41000 MAIN STREET**
**TEMECULA, CA 92589**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

---

| 2.178 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CITY OF THORNTON**
**SALES TAX DIVISION**
**9500 CIVIC CENTER DR**
**THORNTON, CO 80229-4326**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

---

Debtor **24 Denver LLC**
_____
Name

Case number *(if known)* **20-11565**

| 2.179 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**CITY OF THOUSAND OAKS**
**2100 THOUSAND OAKS BLVD**
**THOUSAND OAKS, CA 91362-2903**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.180 | Priority creditor's name and mailing address | | **Unknown** | **Unknown** |

**CITY OF TIGARD**
**8777 SW BURNHAM STREET**
**TIGARD, OR 97281**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.181 | Priority creditor's name and mailing address | | **Unknown** | **Unknown** |

**CITY OF TORRANCE**
**3031 TORRANCE BLVD**
**TORRANCE, CA 90503**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.182 | Priority creditor's name and mailing address | | **Unknown** | **Unknown** |

**CITY OF TUALATIN, OR**
**18880 SW MARTINAZZI AVE**
**TUALATIN, OR 97062-7099**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **24 Denver LLC** | | Case number *(if known)* | **20-11565** |
| --- | --- | --- | --- | --- |
| | Name | | | |

---

| 2.183 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
| --- | --- | --- | --- | --- |

**CITY OF VALLEJO**
**555 SANTA CLARA STREET**
**VALLEJO, CA 94590-5934**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.184 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
| --- | --- | --- | --- | --- |

**CITY OF VANCOUVER**
**2323 GENERAL ANDERSON**
**AVENUE**
**PO BOX 8875**
**VANCOUVER, WA 98666**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.185 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
| --- | --- | --- | --- | --- |

**CITY OF VENTURA**
**PUBLIC COUNTER ROOM 117**
**VENTURA, CA 93002**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.186 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
| --- | --- | --- | --- | --- |

**CITY OF VISTA**
**200 CIVIC CENTER DRIVE**
**VISTA, CA 92084**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **24 Denver LLC** | | Case number *(if known)* | **20-11565** |
|---|---|---|---|---|
| | Name | | | |

| 2.187 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**2.187**

Priority creditor's name and mailing address
**CITY OF WALNUT**
**8839 N. CEDAR AVE.**
**FRESNO, CA 93720**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

**Unknown**    **Unknown**

---

**2.188**

Priority creditor's name and mailing address
**CITY OF WEST HOLLYWOOD**
**8300 SANTA MONICA**
**BOULEVARD**
**WEST HOLLYWOOD, CA 90069**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

**Unknown**    **Unknown**

---

**2.189**

Priority creditor's name and mailing address
**CITY OF WESTMINISTER**
**FINANCE DEPT SALES TAX**
**DIVISION**
**4800 WEST 92ND AVENUE**
**WESTMINISTER, CO 80031-6387**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

**Unknown**    **Unknown**

---

**2.190**

Priority creditor's name and mailing address
**CITY OF WHITTIER**
**13230 PENN STREET**
**WHITTIER, CA 90602**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

**Unknown**    **Unknown**

---

| Debtor | **24 Denver LLC** | Case number *(if known)* | **20-11565** |
|---|---|---|---|
| | Name | | |

| 2.191 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

2.191 Priority creditor's name and mailing address

**CITY OF YONKERS**
**CITY CLERK'S OFFICE**
**40 SOUTH BROADWAY**
**YONKERS, NY 10701**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

**Unknown**    **Unknown**

---

2.192 Priority creditor's name and mailing address

**CITY OF YORBA LINDA**
**P.O. BOX 87014**
**YORBA LINDA, CA 92885-8714**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

**Unknown**    **Unknown**

---

2.193 Priority creditor's name and mailing address

**CITY OFVICTORVILLE**
**14343 CIVIC DRIVE**
**PO BOX 5001**
**VICTORVILLE, CA 92392-2399**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

**Unknown**    **Unknown**

---

2.194 Priority creditor's name and mailing address

**CITY TREASURER**
**1200 THIRD AVE., SUITE 100**
**SAN DIEGO, CA 92187**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

**Unknown**    **Unknown**

| Debtor | **24 Denver LLC** | Case number *(if known)* | **20-11565** |
|---|---|---|---|
| | Name | | |

| 2.195 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CLACKAMAS COUNTY**
**2051 KAEN RD**
**OREGON CITY, OR 97045**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.196 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CLACKAMAS COUNTY SHERIFF**
**2223 S. KAEN ROAD**
**OREGON CITY, OR 97045**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.197 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CLACKAMAS COUNTY TAX**
**COLLECTOR**
**168 WARNER-MILNE ROAD**
**OREGON CITY, OR 97045-4098**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.198 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CLARK COUNTY DEPT. OF**
**BUSINESS LICENSE**
**500 S GRAND CENTRAL PKWY**
**3RD FLOOR**
**LAS VEGAS, NV 89155-1810**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **24 Denver LLC** | Case number *(if known)* | **20-11565** |
|---|---|---|---|
| | Name | | |

| 2.199 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **Unknown** |
|---|---|---|---|---|---|

**2.199** Priority creditor's name and mailing address
**CLARK COUNTY HEALTH DEPT.**
**1601 E FOURTH PLAIN BLVD.,**
**BLDG 17**
**VANCOUVER, WA 98666-8825**

As of the petition filing date, the claim is:
*Check all that apply.*
-  ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

**Unknown    Unknown**

---

**2.200** Priority creditor's name and mailing address
**CLARK COUNTY TREASURER**
**500 S. GRAND CENTRAL PKWY,**
**1ST FLR**
**P.O. BOX 551220**
**LAS VEGAS, NV 89155-1220**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

**Unknown    Unknown**

---

**2.201** Priority creditor's name and mailing address
**CLARK COUNTY WATER**
**RECLAMATION DISTRICT**
**5857 E FLAMINGO ROAD**
**LAS VEGAS, NV 89122**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

**Unknown    Unknown**

---

**2.202** Priority creditor's name and mailing address
**CLEAR LAKE CITY W.A.**
**900 BAY AREA BLVD.**
**HOUSTON, TX 77586**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

**Unknown    Unknown**

| Debtor | **24 Denver LLC** | Case number *(if known)* | **20-11565** |
|---|---|---|---|
| | Name | | |

| 2.203 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**COLORADO BOILER INSPECTION BRANCH**
**P.O. BOX 628**
**DENVER, CO 80201-0628**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.204 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**COLORADO DEPARTMENT OF REVENUE**
**STATE OF COLORADO**
**DEPARTMENT OF REVENUE**
**DENVER, CO 80261-0013**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.205 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**
**MERRIFIELD, VA 22116-7607**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.206 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**COMPTROLLER OF MARYLAND**
**PO BOX 17405**
**BALTIMORE, MD 21297-1405**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

---

Debtor **24 Denver LLC**
_____
Name

Case number *(if known)*  **20-11565**

| 2.207 | Priority creditor's name and mailing address **CONTRA COSTA COUNTY 651 PINE STREET MARTINEZ, CA 94553** | As of the petition filing date, the claim is: *Check all that apply.* ■ Contingent ■ Unliquidated □ Disputed | **Unknown** | **Unknown** |

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
□ Yes

| 2.208 | Priority creditor's name and mailing address **CONTRA COSTA COUNTY FIRE DISTRICT PERMIT DIVISION PLEASANT HILL, CA 94523** | As of the petition filing date, the claim is: *Check all that apply.* ■ Contingent ■ Unliquidated □ Disputed | **Unknown** | **Unknown** |

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
□ Yes

| 2.209 | Priority creditor's name and mailing address **CONTRA COSTA COUNTY TAX COLLECTOR P.O. BOX 631 MARTINEZ, CA 94553** | As of the petition filing date, the claim is: *Check all that apply.* ■ Contingent ■ Unliquidated □ Disputed | **Unknown** | **Unknown** |

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
□ Yes

| 2.210 | Priority creditor's name and mailing address **COUNTY OF ALAMEDA ENVIRONMENTAL SERVICES P.O. BOX N ALAMEDA, CA 94501-0108** | As of the petition filing date, the claim is: *Check all that apply.* ■ Contingent ■ Unliquidated □ Disputed | **Unknown** | **Unknown** |

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
□ Yes

| Debtor | **24 Denver LLC** | Case number (if known) | **20-11565** |
|---|---|---|---|
| | Name | | |

---

| 2.211 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**COUNTY OF LOS ANGELES**
**PO BOX 54978**
**LOS ANGELES, CA 90054-0978**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.212 | Priority creditor's name and mailing address | | Unknown | Unknown |
|---|---|---|---|---|

**COUNTY OF RIVERSIDE**
**P.O. BOX 1089**
**RIVERSIDE, CA 92502-3012**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.213 | Priority creditor's name and mailing address | | Unknown | Unknown |
|---|---|---|---|---|

**COUNTY OF SACRAMENTO**
**10590 ARMSTRONG AVENUE**
**MATHER, CA 95655**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.214 | Priority creditor's name and mailing address | | Unknown | Unknown |
|---|---|---|---|---|

**COUNTY OF SAN BERNARDINO**
**1ST FLOOR**
**SAN BERNARDINO, CA**
**92415-0187**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **24 Denver LLC** | Case number (if known) | **20-11565** |
|---|---|---|---|
| | Name | | |

| 2.215 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**COUNTY OF SAN DIEGO**
**WEIGHTS & MEASURES**
**SAN DIEGO, CA 92123**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.216 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**COUNTY OF SANTA BARBARA**
**2125 S. CENTERPOINTE**
**PARKWAY, STE 333**
**SANTA MARIA, CA 93455**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.217 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**COUNTY OF SANTA CRUZ**
**701 OCEAN ST.RM. 312**
**SANTA CRUZ, CA 95060**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.218 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**COUNTY OF SONOMA**
**625 5TH STREET**
**SANTA ROSA, CA 95404**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | **24 Denver LLC** | | Case number (if known) | **20-11565** |
|---|---|---|---|---|
| | Name | | | |

| 2.219 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**COUNTY OF VENTURA**
**800 S VICTORIA AVE**
**VENTURA, CA 93009-1730**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.220 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**COUNTY ROAD PROPERTIES**

**0, CA**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.221 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**DALLAS COUNTY TAX**
**COLLECTOR**
**P.O. BOX 139006**
**DALLAS, TX 75313-9066**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.222 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**DENTON COUNTY**
**STEVE MOSSMAN**
**PO BOX 90223**
**DENTON, TX 76202**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| Debtor | **24 Denver LLC** | Case number (if known) | **20-11565** |
|---|---|---|---|
| | Name | | |

---

**2.223**

Priority creditor's name and mailing address
**DENVER FIRE DEPARTMENT**
**745 W. COLFAX AVE.**
**DENVER, CO 80204**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

**Unknown    Unknown**

---

**2.224**

Priority creditor's name and mailing address
**DEPARTMENT OF HEALTH**
**33 N CENTRAL AVENUE**
**RAMSEY, NJ 07446**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

**Unknown    Unknown**

---

**2.225**

Priority creditor's name and mailing address
**DEPARTMENT OF PUBLIC**
**HEALTH**
**1390 MARKET STREET**
**SUITE 210**
**SAN FRANCISCO, CA 94102**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

**Unknown    Unknown**

---

**2.226**

Priority creditor's name and mailing address
**DEPT. OF CONSUMER &**
**BUSINESS SERVICES**
**P.O. BOX 14610**
**SALEM, OR 97309-0445**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

**Unknown    Unknown**

---

Debtor **24 Denver LLC**
_____
Name

Case number (*if known*)   **20-11565**

| | |
|---|---|
| 2.227 | Priority creditor's name and mailing address |

**DEPT. OF LABOR & INDUSTRIAL RELATIONS**
**830 PUNCHBOWL STREET, ROOM 423**
**HONOLULU, HI 96813**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| | |
|---|---|
| 2.228 | Priority creditor's name and mailing address |

**DOUGLAS COUNTY TREASURER**
**PO BOX 1208**
**100 THIRD STREE, SUITE 120**
**CASTLE ROCK, CO 90104**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| | |
|---|---|
| 2.229 | Priority creditor's name and mailing address |

**EL PASO COUNTY**
**1675 W Garden of the Gods Road, Ste 2044**
**COLORADO SPRINGS, CO 80907**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| | |
|---|---|
| 2.230 | Priority creditor's name and mailing address |

**EL PASO COUNTY TREASURER**
**P.O. BOX 2018**
**COLORADO SPRINGS, CO 80901-2018**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| Debtor | **24 Denver LLC** | Case number *(if known)* | **20-11565** |
|---|---|---|---|
| | Name | | |

---

**2.231** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown**

**FAIRFAX COUNTY**
**FALSE ALARM REDUCTION UNIT**
**4100 CHAIN BRIDGE ROAD**
**FAIRFAX, VA 22030**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.232** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown**

**FINANCE DEPARTMENT -**
**SEATTLE**
**ATTN:  ACCOUNTS RECEIVABLE**
**SEATTLE, WA 98124-4996**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.233** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown**

**FLORIDA DEPARTMENT OF**
**HEALTH**
**1001 EXECUTIVE CENTER DRIVE**
**ORLANDO, FL 32803**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.234** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown**

**FLORIDA DEPARTMENT OF**
**REVENUE**
**5050 W. TENNESSEE ST**
**TALLAHASSEE, FL 32399-0128**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

Debtor    **24 Denver LLC**
_____    Case number (if known)    **20-11565**
Name

| 2.235 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**FLORIDA DEPT OF AGRICULTURE
& CONSUMER
PO BOX 6700
TALLAHASSEE, FL 32314-6700**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.236 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**FORT BEND COUNTY MUD # 161
12841 CAPRICORN STREET
STAFFORD, TX 77477**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.237 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**FORT BEND COUNTY MUD # 167
11500 NW FREEWAY
STE 465
HOUSTON, TX 77092**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.238 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**FORT BEND COUNTY TAX
ASSESSOR
TAX ASSESSOR-COLLECTOR
P.O. BOX 1028
SUGARLAND, TX 77487-1028**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

Debtor    **24 Denver LLC**                                        Case number (if known)    **20-11565**
_____
Name

| 2.239 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**GALVESTON CO TAX COLLECTOR**
**P.O. BOX 4902**
**HOUSTON, TX 77210-4902**

As of the petition filing date, the claim is:
_Check all that apply._
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.240 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**GALVESTON COUNTY HEALTH DISTRICT**
**9850-A EMMETT F LOWRY EXPY A108**
**TEXAS CITY, TX 77591**

As of the petition filing date, the claim is:
_Check all that apply._
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.241 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**HARRIS COUNTY ALARM DETAIL**
**9418 JENSEN DR A**
**HOUSTON, TX 77093**

As of the petition filing date, the claim is:
_Check all that apply._
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.242 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**HARRIS COUNTY MUD #132**
**11111 KATY FREEWAY, STE 725**
**HOUSTON, TX 77079-2197**

As of the petition filing date, the claim is:
_Check all that apply._
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

| Debtor | **24 Denver LLC** | | Case number *(if known)* | **20-11565** |
|---|---|---|---|---|
| | Name | | | |

| 2.243 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**HARRIS COUNTY MUD #186**
**11111 KATY FWY #725**
**HOUSTON, TX 77079-2197**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.244 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**HARRIS COUNTY MUD #275 TAX**
**P.O. BOX 73109**
**HOUSTON, TX 77273**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.245 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**HARRIS COUNTY TAX**
**ASSESSOR-COLLECTOR**
**P.O. BOX 4622**
**HOUSTON, TX 77210-4622**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.246 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**HARRIS COUNTY TREASURER**
**PO BOX 4049**
**HOUSTON, TX 77210-4049**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

Debtor   **24 Denver LLC**                                     Case number (*if known*)   **20-11565**
_____
Name

| 2.247 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**HARRIS COUNTY WCID #145**
**11111 KATY FWY #725**
**HOUSTON, TX 77079-2197**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.248 | Priority creditor's name and mailing address | | Unknown | Unknown |
|---|---|---|---|---|

**HAWAII STATE TAX COLLECTOR**
**OAHU DISTRICT OFFICE**
**PO BOX 1425**
**HONOLULU, HI 96806-1425**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.249 | Priority creditor's name and mailing address | | Unknown | Unknown |
|---|---|---|---|---|

**HOUSTON DEPT OF HEALTH &**
**HUMAN SERVICES**
**P.O. BOX 300008**
**HOUSTON, TX 77230-0008**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.250 | Priority creditor's name and mailing address | | Unknown | Unknown |
|---|---|---|---|---|

**JEFFERSON COUNTY**
**TREASURER**
**100 JEFFERSON COUNTY PKWY.**
**P.O. BOX 4007**
**GOLDEN, CO 80401-0007**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Debtor **24 Denver LLC**
Name

Case number (if known) **20-11565**

| 2.251 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**JERSEY CITY**
**DR MARTIN LUTHER KING JR**
**CITY HALL ANNEX**
**JERSEY CITY, NJ 07305**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

| 2.252 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**KANSAS SECRETARY OF STATE**
**120 SW 10TH AVENUE**
**TOPEKA, KS 66612-1240**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

| 2.253 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**KERN COUNTY**
**PAYMENT CENTER**
**PO BOX 541004**
**LOS ANGELES, CA 90054-1004**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

| 2.254 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**KERN, COUNTY OF**
**2700 M STREET, SUITE 300**
**BAKERSFIELD, CA 93301**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

| Debtor | **24 Denver LLC** | | Case number *(if known)* | **20-11565** |
|---|---|---|---|---|
| | Name | | | |

| 2.255 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**KIMZAY OF FLORIDA INC**
**P.O. BOX 62045**
**NEWARK, NJ 07101**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.256 | Priority creditor's name and mailing address |
|---|---|

**KING COUNTY TREASURY**
**500 4TH AVENUE, #600**
**SEATTLE, WA 98104-2340**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Unknown   Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.257 | Priority creditor's name and mailing address |
|---|---|

**L.A. COUNTY AGRIC.**
**P.O. BOX 512399**
**LOS ANGELES, CA 90051-0399**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Unknown   Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.258 | Priority creditor's name and mailing address |
|---|---|

**L.A. COUNTY TREASURER**
**KENNETH HAHN HALL OF**
**ADMINISTRATION**
**LOS ANGELES, CA 90054**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Unknown   Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **24 Denver LLC** | | Case number (if known) | **20-11565** |
|---|---|---|---|---|
| | Name | | | |

---

**2.259** | Priority creditor's name and mailing address

**LARIMER COUNTY TREASURER
200 W OAK STREET FLOOR #2
PO BOX 1250
FORT COLLINS, CO 80522**

As of the petition filing date, the claim is: **Unknown     Unknown**
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.260** | Priority creditor's name and mailing address

**LOS ANGELES COUNTY FIRE
DEPARTMENT
1320 N EASTERN AVE
LOS ANGELES, CA 90063**

As of the petition filing date, the claim is: **Unknown     Unknown**
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.261** | Priority creditor's name and mailing address

**LOS ANGELES COUNTY TAX
COLLECTOR
P.O. BOX 513191
LOS ANGELES, CA 90051-1191**

As of the petition filing date, the claim is: **Unknown     Unknown**
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.262** | Priority creditor's name and mailing address

**MARIN COUNTY TAX COLLECTOR
P.O. BOX 4220
SAN RAFAEL, CA 94913-4220**

As of the petition filing date, the claim is: **Unknown     Unknown**
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **24 Denver LLC** | | Case number (*if known*) | **20-11565** |
|---|---|---|---|---|
| | Name | | | |

| 2.263 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**MARION COUNTY**
**3180 CENTER STREET NE # 2274**
**SALEM, OR 97301**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

---

| 2.264 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**MARION COUNTY SHERIFF'S**
**OFFICE**
**P.O. BOX 14500**
**SALEM, OR 97309**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

---

| 2.265 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**MARION COUNTY TAX**
**COLLECTOR**
**P.O. BOX 3416**
**PORTLAND, OR 97208-3416**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

---

| 2.266 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**MARYLAND SECRETARY OF**
**STATE**
**16 FRANCIS STREET**
**ANNAPOLIS, MD 21401**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

---

| Debtor | **24 Denver LLC** | Case number (if known) | **20-11565** |
|---|---|---|---|
| | Name | | |

---

| 2.267 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**MIAMI DADE COUNTY FINANCE UNIT BOILER SECTION 11805 SW 26TH STREET MIAMI, FL 33175-2474**

*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.268 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**MONTGOMERY CO. TAX COLLECTOR P.O. BOX 4798 HOUSTON, TX 77210-4798**

*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.269 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**MONTGOMERY COUNTY ALARM DETAIL 1ST FLOOR CONROE, TX 77301**

*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.270 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**MONTGOMERY COUNTY MUD #60 PO BOX 4901 HOUSTON, TX 77210-4901**

*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| Debtor | **24 Denver LLC** | | Case number *(if known)* | **20-11565** |
|---|---|---|---|---|
| | Name | | | |

---

**2.271** | Priority creditor's name and mailing address
**MORAGA ORINDA FIRE DISTRICT**
**1280 MORAGA WAY**
**MORAGA, CA 94556**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**            **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.272** | Priority creditor's name and mailing address
**MULTNOMAH COUNTY**
**847 NE 19TH AVE SUITE 350**
**PORTLAND, OR 97232**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**            **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.273** | Priority creditor's name and mailing address
**MULTNOMAH COUNTY TAX**
**COLLECTOR**
**PO BOX 2716**
**PORTLAND, OR 97208-2716**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**            **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.274** | Priority creditor's name and mailing address
**MURRAY CITY**
**4646  SOUTH 500 WEST**
**MURRAY, UT 84123**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**            **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **24 Denver LLC** | | Case number (*if known*) | **20-11565** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.275 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**N.W. HARRIS COUNTY MUD #21**
**11111 KATY FREEWAY #725**
**HOUSTON, TX 77079-2197**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.276 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**NASSAU COUNTY DEPARTMENT**
**OF HEALTH**
**200 COUNTY SEAT DR**
**MINEOLA, NY 11501**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.277 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**NASSAU COUNTY TREASURER**
**1194 PROSPECT AVENUE**
**WESTBURY, NY 11590**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.278 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**NEVADA DEPARTMENT OF**
**TAXATION**
**P.O. BOX 52609**
**PHOENIX, AZ 85072-2609**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **24 Denver LLC** | Case number *(if known)* | **20-11565** |
|---|---|---|---|
| | Name | | |

| 2.279 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**NEVADA STATE FIRE MARSHAL**
**107 JACOBSEN WAY**
**CARSON CITY, NV 89711**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

---

| 2.280 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**NEW YORK CITY DEPARTMENT**
**OF HEALTH AND**
**PO BOX 4081**
**NEW YORK, NY 10261-4081**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

---

| 2.281 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**NEW YORK STATE**
**DEPT OF TAXATION AND**
**FINANCE**
**P.O. BOX 22076**
**ALBANY, NY 12201-2076**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

---

| 2.282 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**NEW YORK STATE SALES TAX**
**NYS SALES TAX PROCESSING**
**PO BOX 1205**
**NEW YORK, NY 10116-1205**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

---

| Debtor | **24 Denver LLC** | | | | Case number *(if known)* | **20-11565** |
|---|---|---|---|---|---|---|
| | Name | | | | | |

---

**2.283** | Priority creditor's name and mailing address
**NORTH COUNTY FAIR LP**
**C/O NORTH COUNTY FAIR**
**PO BOX 55697**
**LOS ANGELES, CA 90074-5697**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.284** | Priority creditor's name and mailing address
**NYC DEPARTMENT OF FINANCE**
**C/O FIRST DATA**
**1150 SOUTH AVENUE**
**STATEN ISLAND, NY 10314-3404**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.285** | Priority creditor's name and mailing address
**NYC DEPT . OF BUILDING**
**280 BROADWAY**
**NEW YORK, NY 10007**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.286** | Priority creditor's name and mailing address
**NYC FIRE DEPARTMENT**
**9 METROTECH CENTER**
**BROOKLYN, NY 11201**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **24 Denver LLC** | Case number (if known) | **20-11565** |
|---|---|---|---|
| | Name | | |

| 2.287 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **Unknown** |
|---|---|---|---|---|---|

**NYS DEPARTMENT OF LAW
CHARITIES BUREAU
REGISTRATION SECTION
NEW YORK, NY 10005**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.288 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **Unknown** |
|---|---|---|---|---|---|

**OFFICE OF THE SECRETARY OF
STATE
P.O. BOX 40234
OLYMPIA, WA 98504-0234**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.289 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **Unknown** |
|---|---|---|---|---|---|

**ORANGE COUNTY FIRE
AUTHORITY
ACCOUNTS RECEIVABLE
PO BOX 51985
IRVINE, CA 92619**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.290 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **Unknown** |
|---|---|---|---|---|---|

**ORANGE COUNTY TAX
COLLECTOR
625 N ROSS STREET
BLDG 11 RM G58
SANTA ANA, CA 92702-1438**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

Debtor **24 Denver LLC**        Case number (if known) **20-11565**
Name

| | | | |
|---|---|---|---|
| 2.291 | Priority creditor's name and mailing address<br>**ORANGE COUNTY TREASURER**<br>**601 N ROSS ST**<br>**SANTA ANA, CA 92701** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown**   **Unknown** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Tax** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |
| 2.292 | Priority creditor's name and mailing address<br>**ORANGE COUNTY, HEALTH CARE**<br>**AGENCY**<br>**405 W 5TH ST**<br>**SANTA ANA, CA 92701** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown**   **Unknown** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Tax** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |
| 2.293 | Priority creditor's name and mailing address<br>**OREGON DEPARTMENT OF**<br>**JUSTICE**<br>**100 SW MARKET STREET**<br>**PORTLAND, OR 97201-5702** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown**   **Unknown** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Tax** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |
| 2.294 | Priority creditor's name and mailing address<br>**OREGON DEPT. OF REVENUE**<br>**PO # 14725**<br>**SALEM, OR 97309-5018** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown**   **Unknown** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Tax** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| Debtor | **24 Denver LLC** | | Case number *(if known)* | **20-11565** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.295 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**OSCEOLA COUNTY TAX COLLECTOR**
PO BOX 422105
KISSIMMEE, FL 34742

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.296 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**PALM BEACH COUNTY**
ATTN: ALARM UNIT
WEST PALM BEACH, FL
33416-4681

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.297 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**PALM BEACH COUNTY HEALTH DEPARTMENT**
800 CLEMATIS ST
WEST PALM BEACH, FL 33401

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.298 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**PALM BEACH COUNTY TAX COLLECTOR**
PO BOX 3353
WEST PALM BEACH, FL
33402-3353

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **24 Denver LLC** | Case number *(if known)* | **20-11565** |
|---|---|---|---|
| | Name | | |

---

**2.299** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**PASADENA INDEPENDENT
SCHOOL DISTRICT
PO BOX 1318
2223 STRAWBERRY
PASADENA, TX 77501-1318**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.300** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**PIERCE COUNTY  BUDGET &
FINANCE
P.O. BOX 11621
TACOMA, WA 98411-6621**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.301** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**PISCATAWAY TOWNSHIP
455 HOES LANE
PISCATAWAY, NJ 08854**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.302** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**PLACER COUNTY
ENVIRONMENTAL HEALTH
3091 COUNTY CENTER DR # 180
AUBURN, CA 95603**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **24 Denver LLC** | Case number (if known) | **20-11565** |
|---|---|---|---|
| | Name | | |

---

| 2.303 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**PLACER COUNTY TAX COLLECTOR**
**FINANCE ADMINISTRATION BLDG**
**2976 RICHARDSON DRIVE, 2ND FLOOR**
**AUBURN, CA 95603**

Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)
■ No
☐ Yes

---

| 2.304 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**POUDRE FIRE AUTHORITY**
**102 REMINGTON STREET**
**FORT COLLINS, CO 80524**

Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)
■ No
☐ Yes

---

| 2.305 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**PRINCE GEORGES COUNTY DEPT. OF PERMITTING AND HEALTH DEPT**
**9400 PEPPERCORN PLACE**
**LARGO, MD 20774**

Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)
■ No
☐ Yes

---

| 2.306 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**PRP COMMERCIAL REAL STATE SERVICES INC**
**MADISON**
**417 29TH STREET**
**NEWPORT BEACH, CA 92663**

Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)
■ No
☐ Yes

---

Debtor   **24 Denver LLC**
Name

Case number *(if known)*   **20-11565**

| | | | |
|---|---|---|---|
| 2.307 | Priority creditor's name and mailing address<br>**RENTON REGIONAL FIRE AUTHORITY**<br>**18002 108TH AVE SE**<br>**RENTON, WA 98055** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown**   **Unknown** |

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.308 | Priority creditor's name and mailing address<br>**RIVERSIDE COUNTY TREASURER**<br>**PO BOX 12005**<br>**RIVERSIDE, CA 92502-2205** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown**   **Unknown** |

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.309 | Priority creditor's name and mailing address<br>**ROCKLAND COUNTY DEPARTMENT OF HEALTH**<br>**50 SANATORIUM ROAD-BUILDING D**<br>**POMONA, NY 10970** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown**   **Unknown** |

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.310 | Priority creditor's name and mailing address<br>**ROCKWALL CENTRAL APPRAISAL DISTRICT**<br>**841 JUSTIN ROAD**<br>**ROCKWALL, TX 75087** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown**   **Unknown** |

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **24 Denver LLC** | Case number *(if known)* | **20-11565** |
|---|---|---|---|
| | Name | | |

| 2.311 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**ROSEVILLE FIRE DEPARTMENT**
**80 LINCOLN ST**
**ROSEVILLE, CA 95678**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.312 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**SACRAMENTO COUNTY TAX**
**COLLECTOR**
**700 H STREET**
**ROOM 1710**
**SACRAMENTO, CA 95814-1205**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.313 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**SALT LAKE CITY CORPORATION**
**1530 S W TEMPLE**
**SALT LAKE CITY, UT 84115**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.314 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**SALT LAKE COUNTY ASSESSOR**
**2001 S STATE ST, SUITE N2300A**
**SALT LAKE CITY, UT 84190-1300**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| Debtor | **24 Denver LLC** | Case number (if known) | **20-11565** |
|---|---|---|---|
| | Name | | |

---

**2.315**

Priority creditor's name and mailing address

**SALT LAKE COUNTY TREASURER**
**2001 S. STATE STREET, N1200**
**SALT LAKE CITY, UT 84190-1250**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**  **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.316**

Priority creditor's name and mailing address

**SALT LAKE VALLEY HEALTH**
**DEPT**
**PO BOX 144575**
**SALT LAKE CITY, UT 84114-4575**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**  **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.317**

Priority creditor's name and mailing address

**SAN BERNARDINO COUNTY**
**TAX COLLECTOR**
**268 WEST HOSPITALITY LANE**
**SAN BERNARDINO, CA**
**92415-0360**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**  **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.318**

Priority creditor's name and mailing address

**SAN DIEGO COUNTY**
**TREASURER- TAX COLLECTOR**
**P.O.BOX 129009**
**SAN DIEGO, CA 92112**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**  **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **24 Denver LLC** | Case number (if known) | **20-11565** |
|---|---|---|---|
| | Name | | |

**2.319** | Priority creditor's name and mailing address

**SAN FRANCISCO DEPT OF PUBLIC HEALTH**
**101 GROVE ST**
**SAN FRANCISCO, CA 94102**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.320** | Priority creditor's name and mailing address

**SAN FRANCISCO TAX COLLECTOR**
**TAX COLLECTOR'S OFFICE**
**P.O. BOX 7427**
**SAN FRANCISCO, CA 94120-7427**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.321** | Priority creditor's name and mailing address

**SAN JOAQUIN COUNTY PUBLIC HEALTH**
**1868 E HAZELTON AVE**
**STOCKTON, CA 95205**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.322** | Priority creditor's name and mailing address

**SAN JOAQUIN COUNTY TAX COLLECTOR**
**P.O. BOX 2169**
**STOCKTON, CA 95201-2169**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **24 Denver LLC** | Case number *(if known)* | **20-11565** |
|---|---|---|---|
| | Name | | |

---

**2.323** | Priority creditor's name and mailing address

**SAN MATEO COUNTY ENVIRONMENTAL 2000 ALAMEDA DE LAS PULGAS STE 100 SAN MATEO, CA 94403-1269**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Basis for the claim:
**Tax**

Is the claim subject to offset?

■ No
☐ Yes

**Unknown**          **Unknown**

---

**2.324** | Priority creditor's name and mailing address

**SAN MATEO COUNTY TAX COLLECTOR LEE BUFFINGTON, TAX COLLECTOR 555 COUNTY CENTER, 1ST FLOOR REDWOOD CITY, CA 94063**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Basis for the claim:
**Tax**

Is the claim subject to offset?

■ No
☐ Yes

**Unknown**          **Unknown**

---

**2.325** | Priority creditor's name and mailing address

**SAN MIGUEL FIRE PROTECTION DISTRICT 2850 VIA ORANGE WAY SPRING VALLEY, CA 91978**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Basis for the claim:
**Tax**

Is the claim subject to offset?

■ No
☐ Yes

**Unknown**          **Unknown**

---

**2.326** | Priority creditor's name and mailing address

**SANTA BARBARA COUNTY TAX COLLECTOR P.O. BOX 579 SANTA BARBARA, CA 93102-0579**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Basis for the claim:
**Tax**

Is the claim subject to offset?

■ No
☐ Yes

**Unknown**          **Unknown**

---

| Debtor | **24 Denver LLC** | | Case number (*if known*) | **20-11565** |
|---|---|---|---|---|

Name

| 2.327 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**SANTA CLARA COUNTY
TAX COLLECTOR
70 W. HEDDING ST., EAST WING
SAN JOSE, CA 95110-1767**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.328 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**SANTA CRUZ COUNTY TAX
COLLECTOR
PO BOX 1817
SANTA CRUZ, CA 95061**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.329 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**SEATTLE-KING COUNTY
401 FIFTH AVE SUITE 1100E
SEATTLE, WA 98104**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.330 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**SECRETARY OF STATE -
SACRAMENTO
P.O. BOX 944230
SACRAMENTO, CA 94244-2300**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **24 Denver LLC** | Case number *(if known)* | **20-11565** |
|---|---|---|---|
| | Name | | |

---

**2.331** | Priority creditor's name and mailing address

**SECRETARY OF STATE - TEXAS**
**PO BOX 13550**
**AUSTIN, TX 78711-3550**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

**Unknown**   **Unknown**

---

**2.332** | Priority creditor's name and mailing address

**SEMINOLE COUNTY TAX**
**COLLECTOR**
**PO BOX 630**
**SANFORD, FL 32772-0630**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

**Unknown**   **Unknown**

---

**2.333** | Priority creditor's name and mailing address

**SNOHOMISH COUNTY**
**TREASURER**
**P.O. BOX 34171**
**SEATTLE, WA 98124-1171**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

**Unknown**   **Unknown**

---

**2.334** | Priority creditor's name and mailing address

**SNOHOMISH HEALTH DISTRICT**
**3020 RUCKER AVENUE, SUITE 104**
**EVERETT, WA 98201-3900**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

**Unknown**   **Unknown**

---

| Debtor | **24 Denver LLC** | Case number *(if known)* | **20-11565** |
|---|---|---|---|
| | Name | | |

---

**2.335** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**SOLANO COUNTY**
**675 TEXAS STREET, SUITE 5500**
**FAIRFIELD, CA 94533**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.336** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**SONOMA COUNTY**
**TREASURER / TAX COLLECTOR**
**585 FISCAL DRIVE, RM 100F**
**SANTA ROSA, CA 95403**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.337** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**SOUTHERN NEVADA HEALTH**
**DISTRICT**
**280 S DECATUR BLVD**
**LAS VEGAS, NV 89107**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.338** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**SOUTHLAKE DEPARTMENT OF**
**PUBLIC SAFETY**
**1400 MAIN STREET**
**SOUTHLAKE, TX 76092**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **24 Denver LLC** | | Case number *(if known)* | **20-11565** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.339 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**STATE BOARD OF EQUALIZATION**
**P.O. BOX 942879**
**SACRAMENTO, CA 94279-8064**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

---

| 2.340 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**STATE OF DELAWARE**
**DEPARTMENT OF STATE**
**DIVISION OF CORPORATIONS**
**PO BOX 898**
**DOVER, DE 19903**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

---

| 2.341 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**STATE OF FLORIDA DEPT. OF**
**HEALTH**
**4052 BALD CYPRESS WAY**
**TALLAHASSEE, FL 32399**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

---

| 2.342 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**STATE OF FLORIDA,**
**DEPARTMENT OF HEALTH**
**1725 NW 167 ST**
**MIAMI, FL 33056**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

---

| Debtor | **24 Denver LLC** | Case number (if known) | **20-11565** |
|---|---|---|---|
| | Name | | |

---

| 2.343 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**STATE OF HAWAII SANITATION BRANCH**
**99-945 HALAWA VALLEY ST**
**AIEA, HI 96701**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.344 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**STATE OF MARYLAND**
**301 WEST PRESTON STREET**
**BALTIMORE, MD 21201-2395**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.345 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**STATE OF NEVADA**
**3360 W. SAHARA AVENUE**
**LAS VEGAS, NV 89102**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.346 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**STATE OF NEW JERSEY DEPT. OF LABOR AND WORKFORCE DEV.**
**BUREAU OF BOILER AND PRESSURE VESSELS**
**TRENTON, NJ 08625-0392**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | 24 Denver LLC | | Case number (if known) | 20-11565 |
|---|---|---|---|---|
| | Name | | | |

---

| 2.347 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**STATE OF UTAH**
**DIVISION OF CONSUMER**
**PROTECTION**
**SALT LAKE CITY, UT 84114-6704**

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Tax** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.348 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**STATE OF WASHINGTON**
**PO BOX 44410**
**OLYMPIA, WA 98504-4410**

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Tax** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.349 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**SUGAR LAND CITY HALL**
**2700 TOWN CENTER BLVD N**
**SUGAR LAND, TX 77479**

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Tax** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.350 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**TACOMA - PIERCE COUNTY**
**3629 SOUTH D. STREET**
**TACOMA, WA 98418-6813**

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Tax** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **24 Denver LLC** | Case number *(if known)* | **20-11565** |
|---|---|---|---|
| | Name | | |

---

**2.351** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**
**TARRANT COUNTY HEALTH DEPARTMENT**
**SUITE 2300**
**FORT WORTH, TX 76104-4802**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.352** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**
**TARRANT COUNTY TAX COLLECTOR**
**P.O. BOX 961018**
**FORT WORTH, TX 76161-0018**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.353** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**
**TAX ASSESSOR-COLLECTOR, COLLIN COUNTY**
**2300 BLOOMDALE ROAD**
**STE 2324**
**MCKINNEY, TX 75071**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.354** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**
**TAX COLLECTOR - ALAMEDA COUNTY**
**1221 OAK STREET**
**SUITE 536**
**OAKLAND, CA 94612**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| Debtor | **24 Denver LLC** | Case number *(if known)* | **20-11565** |
|---|---|---|---|
| | Name | | |

---

| 2.355 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

| | **TEXAS DEPARTMENT OF LICENSING**<br>**P.O. BOX 12157**<br>**AUSTIN, TX 78711** | *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed |
|---|---|---|

| | Date or dates debt was incurred | Basis for the claim:<br>**Tax** |
|---|---|---|

| | Last 4 digits of account number | Is the claim subject to offset? |
|---|---|---|
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes |

---

| 2.356 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

| | **TEXAS STATE CONTROLLER OF PUBLIC ACCTS.**<br>**REVENUE REFUNDS DIVISION**<br>**P.O. BOX 12019**<br>**AUSTIN, TX 78711-2019** | *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed |
|---|---|---|

| | Date or dates debt was incurred | Basis for the claim:<br>**Tax** |
|---|---|---|

| | Last 4 digits of account number | Is the claim subject to offset? |
|---|---|---|
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes |

---

| 2.357 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

| | **THE CITY OF BUENA PARK**<br>**6640 BEACH BLVD**<br>**BUENA PARK, CA 90622** | *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed |
|---|---|---|

| | Date or dates debt was incurred | Basis for the claim:<br>**Tax** |
|---|---|---|

| | Last 4 digits of account number | Is the claim subject to offset? |
|---|---|---|
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes |

---

| 2.358 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

| | **THE CITY OF HAWAIIAN GARDENS**<br>**21815 PIONEER BOULEVARD**<br>**HAWAIIAN GARDENS, CA 90716** | *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed |
|---|---|---|

| | Date or dates debt was incurred | Basis for the claim:<br>**Tax** |
|---|---|---|

| | Last 4 digits of account number | Is the claim subject to offset? |
|---|---|---|
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes |

---

| Debtor | **24 Denver LLC** | Case number (*if known*) | **20-11565** |
|---|---|---|---|
| | Name | | |

| 2.359 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**THE COUNTY OF CONTRA COSTA**
**651 PINE STREET**
**MARTINEZ, CA 94553**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.360 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**THE COUNTY OF ORANGE**
**HALL OF ADMINISTRATION**
**333 W. SANTA ANA BLVD.**
**SANTA ANA, CA 92701**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.361 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**THURSTON COUNTY PUBLIC**
**HEALTH &**
**412 LILY ROAD NE**
**OLYMPIA, WA 98506-5132**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.362 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**THURSTON COUNTY TREASURER**
**2000 LAKERIDGE DRIVE SW**
**OLYMPIA, WA 98502-6080**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **24 Denver LLC** | | Case number *(if known)* | **20-11565** |
|---|---|---|---|---|
| | Name | | | |

| 2.363 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**TOWN OF ADDISON**
**5300 BELT LINE RD.**
**DALLAS, TX 75254**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)
- ■ No
- ☐ Yes

---

| 2.364 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**TOWN OF ADDISON**
**ENVIROMENTAL SERVICES**
**PO BOX 9010**
**ADDISON, TX 75001-9010**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)
- ■ No
- ☐ Yes

---

| 2.365 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**TOWN OF APPLE VALLEY**
**14955 DALE EVANS PKWY**
**APPLE VALLEY, CA 92307**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)
- ■ No
- ☐ Yes

---

| 2.366 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**TOWN OF CLARKSTOWN**
**10 MAPLE AVE #5013**
**NEW CITY, NY 10956**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)
- ■ No
- ☐ Yes

---

| Debtor | **24 Denver LLC** | | Case number (if known) | **20-11565** |
|---|---|---|---|---|
| | Name | | | |

| 2.367 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**TOWN OF HEMPSTEAD**
**1 WASHINGTON ST**
**HEMPSTEAD, NY 11550**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

---

| 2.368 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**TOWN OF LITTLE ELM**
**100 W. ELDORADO PARKWAY**
**LITTLE ELM, TX 75068**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

---

| 2.369 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**TOWN OF PARKER**
**20120 MAINSTREET**
**PARKER, CO 80138**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

---

| 2.370 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**TOWNSHIP OF CLARK**
**430 WESTFIELD AVENUE**
**CLARK, NJ 07066**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

---

| Debtor | **24 Denver LLC** | Case number (if known) | **20-11565** |
|---|---|---|---|
| | Name | | |

| 2.371 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**TOWNSHIP OF HANOVER**
**P.O. BOX 250**
**WHIPPANY, NJ 07981**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.372 | Priority creditor's name and mailing address |
|---|---|

**TOWNSHIP OF SADDLE BROOK**
**540 SADDLE RIVER RD**
**SADDLE BROOK, NJ 07663**

As of the petition filing date, the claim is:
*Check all that apply.*    **Unknown**    **Unknown**
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.373 | Priority creditor's name and mailing address |
|---|---|

**TRAVIS COUNTY TAX**
**COLLECTOR**
**P.O. BOX 149328**
**AUSTIN, TX 78714-9328**

As of the petition filing date, the claim is:
*Check all that apply.*    **Unknown**    **Unknown**
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.374 | Priority creditor's name and mailing address |
|---|---|

**TREASURER OF VIRGINIA**
**101 N 14TH ST**
**RICHMOND, VA 23219**

As of the petition filing date, the claim is:
*Check all that apply.*    **Unknown**    **Unknown**
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| Debtor | **24 Denver LLC** | Case number (if known) | **20-11565** |
|--------|-------------------|------------------------|--------------|
| | Name | | |

---

| 2.375 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|-------|---|---|---|---|

**TREASURER, CITY & COUNTY OF DENVER**
**144 W. COLFAX**
**P.O. BOX 17420**
**DENVER, CO 80217-0420**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.376 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|-------|---|---|---|---|

**TRI-COUNTY HEALTH DEPARTMENT**
**4201 E 72ND AVE SUITE D**
**COMMERCE CITY, CO 80022**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.377 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|-------|---|---|---|---|

**UNITED FIRE AUTHORITY**
**3380 S. 900 W**
**SALT LAKE CITY, UT 84119**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.378 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|-------|---|---|---|---|

**UNITED STATES TREASURY**
**P.O. BOX 145566**
**CINCINNATI, OH 45250-5566**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

Debtor   **24 Denver LLC**                                      Case number (*if known*)   **20-11565**
_____Name_____

| 2.379 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**UTAH STATE TAX COMMISSION
SALES TAX - M
210 N. 1950 W.
SALT LAKE CITY, UT 84134-0400**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.380 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**VENTURA COUNTY
TAX COLLECTOR
LAWRENCE L. MATHENEY
VENTURA, CA 93009-1290**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.381 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**VIRGINIA DEPT OF TAXATION
VIRGINIA RETAIL SALES & USE
TAX
PO BOX 26626
RICHMOND, VA 23261-6626**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.382 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**WA STATE DEPT OF LABOR &
INDUSTRIES
7273 LINDERSON WAY SW
TUMWATER, WA 98501**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| Debtor | **24 Denver LLC** | Case number *(if known)* | **20-11565** |
|---|---|---|---|
| | Name | | |

| 2.383 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**WASHINGTON COUNTY PR0PERTY TAX PAYMENT CENTER**
**PO BOX 3587**
**PORTLAND, OR 97208-3587**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Tax** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.384 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**WASHINGTON COUNTY HEALTH**
**155 N FIRST AVENUE, MS-5**
**HILLSBORO, OR 97124-3072**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Tax** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.385 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**WASHINGTON STATE DEPT OF REVENUE**
**P.O. BOX 34053**
**SEATTLE, WA 98124-1053**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Tax** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.386 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**WASHOE COUNTY HEALTH DEPARTMENT**
**1001 EAST NINTH STREET, BUILDING B**
**RENO, NV 89512**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Tax** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Debtor **24 Denver LLC**
Name

Case number (if known) **20-11565**

| 2.387 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**WASHOE COUNTY TREASURER**
**P.O. BOX 30039**
**RENO, NV 89520-3039**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.388 | Priority creditor's name and mailing address | | **Unknown** | **Unknown** |
|---|---|---|---|---|

**WAYNE TOWNSHIP HEALTH DEPARTMENT**
**475 VALLEY ROAD**
**WAYNE, NJ 07470**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.389 | Priority creditor's name and mailing address | | **Unknown** | **Unknown** |
|---|---|---|---|---|

**WEST COVINA FIRE DEPARTMENT**
**1444 W. GARVEY AVE, ROOM 218**
**WEST COVINA, CA 91790**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.390 | Priority creditor's name and mailing address | | **Unknown** | **Unknown** |
|---|---|---|---|---|

**WESTCHESTER COUNTY HEALTH DEPARTMENT**
**25 MOORE AVE**
**MOUNT KISCO, NY 10549**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

Debtor **24 Denver LLC**
_____  Case number (if known)  **20-11565**
Name

| 2.391 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**WILLIAMSON COUNTY TAX COLLECTOR**
**904 SOUTH MAIN STREET**
**GEORGETOWN, TX 78626-5829**

As of the petition filing date, the claim is:
_Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| 2.392 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**WOODBRIDGE TOWNSHIP**
**ONE MAIN STREET**
**WOODBRIDGE, NJ 07095**

As of the petition filing date, the claim is:
_Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**Part 2:**  **List All Creditors with NONPRIORITY Unsecured Claims**

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ |

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ____

Last 4 digits of account number ____

Basis for the claim: _____

Is the claim subject to offset? ☐ No  ☐ Yes

---

**Part 3:**  **List Others to Be Notified About Unsecured Claims**

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

**Part 4:**  **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $  **0.00** |
| **5b. Total claims from Part 2** | 5b. + | $  **0.00** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $  **0.00** |

**Fill in this information to identify the case:**

Debtor name    **24 Denver LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **20-11565**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                  12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Bally's Lakewood III dated 10/01/2004** | |
| | State the term remaining | **1,750 Days** | **Belmar Commercial Owner LP** **Starwood Retail Property Management, LLC** **Attention: General Manager** **464 Teller Street** **Lakewood, CO 80226** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Bally's Aurora II dated 12/24/2011** | |
| | State the term remaining | **Undetermined** | **Belmar Commercial Owner LP** **Spirit Realty Capital** **2727 North Harwood Street** **Suite 300** **Dallas, TX 75201** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Bally's Englewood II dated 05/16/2002** | |
| | State the term remaining | **Undetermined** | **PWR17 - 691 W Hampden Ave, LLC** **c/o CIII Asset Management** **5221 N O'Connor Blvd.** **Suite 600** **Irving, TX 75039** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name **24 Denver LLC**

United States Bankruptcy Court for the: **DISTRICT OF DELAWARE**

Case number (if known) **20-11565**

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                              12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
   creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
   on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                                   *Column 2:* **Creditor**

| | Name | Mailing Address | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|
| 2.1 | | | | | ☐ D  ☐ E/F  ☐ G |
| | | Street | | | |
| | | City          State          Zip Code | | | |
| 2.2 | | | | | ☐ D  ☐ E/F  ☐ G |
| | | Street | | | |
| | | City          State          Zip Code | | | |
| 2.3 | | | | | ☐ D  ☐ E/F  ☐ G |
| | | Street | | | |
| | | City          State          Zip Code | | | |
| 2.4 | | | | | ☐ D  ☐ E/F  ☐ G |
| | | Street | | | |
| | | City          State          Zip Code | | | |

**Fill in this information to identify the case:**

Debtor name    **24 Denver LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **20-11565**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 27, 2020**    X **/s/ Chris Nelson**
                                        Signature of individual signing on behalf of debtor

                                        **Chris Nelson**
                                        Printed name

                                          **Executive Vice President and Chief Financial Officer**
                                          Position or relationship to debtor